# CV 15 - 3462

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 27 2015 ★

LONG ISLAND OFFICE

Jacqueline Silver

Plaintiff

-vs-

City of New York and the NYPD Bayside Queens 111 Precinct

Defendant(s)

**REQUEST TO PROCEED IN FORMA PAUPERIS**

**ROSS, J.**
**POHORELSKY, M.J.**

I, Jacqueline Silver, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   BN Services 30 South Ocean Avenue Freeport NY 11520 Ste 303A
   I am a process server and varies from week to week I could make anywhere from $65 to $300 a wk

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month.

   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   N/A

Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

No

   a) Are you receiving any public benefits?    ☒ No  ☐ Yes. $ _____
   b) Do you receive any income from any other source?    ☒ No  ☐ Yes. $ _____

United Court-EDNY Rev 6/2002

4. Do you have any money, including any money in a checking or savings account? If so, how much?

Yes → about $5,000 in a checking account

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No  ☒ Yes, 2004 Honda Civic ($2000)

6. List the person(s) that you pay money to support and the amount you pay each month.

N/A

7. Do you pay for rent or for a mortgage? If so, how much each month?

No, my cousin/aunts pay my entire rent

8. State any special financial circumstances which the Court should consider.

The money I make each week I use to cover my expenses, which I haven't been able to cover completly yet. Without the relief to proceed as an in forma pauperis I cannot proceed with this action

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 5.27.15

_____
(Signature)

rev 7/2002