ORIGINAL

-page 1-

United States District Court
Eastern District of New York
_____x

Jacqueline Silver

          Plaintiff,

   -against-

City of NY, NYPD Bayside Queens
111 Precinct, John Doe #1, Police
Officer John Doe #2 Police Officer
John Doe #3 Police Officer, John
Doe #4 Police Officer, Captain
John Doe #5

          Defendants,

15-CV-3462
(ARR)

Motion To
Reopen Case

FILED
CLERK
2015 SEP 29 PM 3:38
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

On May 27th, 2015, Plaintiff Jacqueline

Silver, filed a Civil Rights Complaint, along

with a request to Proceed In Forma Pauperis,

on June 17th, Hon. Allyne R. Ross denied

my IFP. Plaintiff never received the

order dated June 17th, 2015, therefore

couldn't respond to it, and couldn't

act on the denial. Also Plaintiff filed

the request to proceed IFP, that in the

United States District Court
Eastern District of New York

Long Island office on May 27th. Hon.
Ross, the IFP form wasn't specific
enough to give an accurate account.
to show that I am not able to pay
the costs to start this action. There
was nothing on the form to indicate my
expenses. Your Honor, without the relief
plaintiff will not be able to proceed with
this action and justice cannot prevail.
Unfortunately, my earnings are less
than my expenses every month. For these
reasons, I am requesting my case to
be reopened and for the court to

-Page 3-

consider my amended request to
waive the filing fee.

Jacqueline Silva
67-30 Dartmouth Street
Apt 2M  Forest Hills
New York, 11375
347-554-0531

September 29, 2015