15-CV-3462
(ARR)(ST)

To whom it may concern;

Please change my mailing address from 6730 Dartmouth Street Forest Hills, NY 11375 to

P.O. Box 604726, Bayside, New York 11360. My phone number is 347-554-0531.

Thanks Jacqueline Silver

Pro Se Plaintiff

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 27 2016 ★

BROOKLYN OFFICE

Silver
P.O. Box 647126
Bayside, NY 11360

US District Court
Attn: Pro Se
225 Cadman Plaza East
Brooklyn NY 11201

NEW YORK NY 100
27 APR 2016 PM 13 L

55258110211