**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

JACQUELINE SILVER,

        Plaintiff,

  - against -

THE CITY OF NEW YORK, et al.,

        Defendants.
-------------------------------------------------------------X

**ORDER**
**CV-15-3462 (ARR)**

**TISCIONE, Magistrate Judge:**

    Defendants' Motion to Compel, filed as docket entry 12, is GRANTED. Plaintiff is directed to provide the requested release under CPLR § 160.05 by May 30, 2016. Defendants' application for an extension of time to respond to the Court's April 7th Order is GRANTED as well. The City of New York must respond to the <u>Valentin</u> Order by June 30, 2016.

**DATED:** Brooklyn, New York
         May 11, 2016

                                                                                                                                                                      **s/**
                                               **STEVEN L. TISCIONE**
                                               **UNITED STATES MAGISTRATE JUDGE**