UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JACQUELINE SILVER,

                                                                           **ORDER**
      - against -                                         **CV-15-3462 (ARR)**

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

      On two prior occasions, by Orders dated 5/11/2016 and 6/8/2016, plaintiff was directed by the Court to furnish defendants with a completed unsealing release. Plaintiff has failed to comply with these Orders. In a letter to the Court dated 7/1/2016 filed as docket entry 18, which has been referred to the undersigned for decision, plaintiff requests additional time to produce the release stating that she is "unclear" as to why she must produce the release. Furthermore, plaintiff states that she is in the process of retaining an attorney but does not provide any information about potential counsel.

      Accordingly, an in-person conference will be held at 11:00 a.m. on July 28, 2016 in Hearing Room N324 in the North Wing. Plaintiff must personally attend the conference with her counsel if a Notice of Appearance has been filed. If a Notice of Appearance has not been filed by that date, plaintiff will be expected to proceed *pro se*. Counsel for defendants must attend and bring the release for plaintiff to execute during the conference.

      Defendants' counsel is directed to immediately forward a copy of this Order to the plaintiff at her last known address, via return receipt delivery and file proof of service with the Court. Plaintiff is to notify any counsel she anticipates retaining of this conference date and time.

      This conference will not be adjourned. Should plaintiff fail to appear for the conference, a recommendation to the District Court will be made that this case be dismissed for failure to prosecute.

      **SO ORDERED.**

**Dated: July 14, 2016**
       **Brooklyn, New York**

                                                                     s/
                                                  **STEVEN L. TISCIONE**
                                                  **UNITED STATES MAGISTRATE JUDGE**