

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KAITLIN FITZGIBBON**
Assistant Corporation Counsel
Phone: (212) 356-5057
Fax: (212) 356-3559
Email: kfitzgib@law.nyc.gov

September 9, 2016

**BY E.C.F.**
Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Silver v. City of New York et al.</u>, 15-cv-3462 (ARR) (SLT)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter. I write in response to the Court's Order dated July 29, 2016, in which this Office was ordered to provide the Court with the full names and service addresses of the John Doe Police Officers plaintiff purports to name as defendants in the present matter by September 12, 2016. Accordingly, upon information and belief, the names and service addresses of the John Doe Police Officers are as follows:

- Sergeant Scott Dalessandro, shield number 2833, who can be served with process at NYPD 111 Precinct, 45-06 215th Street, Bayside, NY 11361;

- Officer Luigi Galano, shield number 28728, who can be served with process at NYPD 111 Precinct, 45-06 215th Street, Bayside, NY 11361;

- Officer Nicholas Kostas, shield number 5350, who can be served with process at NYPD 111 Precinct, 45-06 215th Street, Bayside, NY 11361;

- Officer Edward Stine, shield number 4849, who can be served with process at NYPD 111 Precinct, 45-06 215th Street, Bayside, NY 11361.

In addition, upon information and belief there was no NYPD captain present at this incident, as alleged by plaintiff in her complaint. According to the above named officers, the officers and sergeant identified above were the only NYPD officers present for the incident alleged in plaintiff's complaint.

I thank the court for its attention to this matter.

                                                         Respectfully submitted,

                                                         /s/
                                                       Kaitlin Fitzgibbon
                                                       Assistant Corporation Counsel
                                                       Special Federal Litigation Division

cc:    VIA ECF AND FIRST CLASS MAIL
        Jacqueline Silver
        P.O. Box 604726
        Bayside, NY 11360