UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JACQUELINE SILVER,

                                Plaintiff,

            -against-

SERGEANT SCOTT DALESSANDRO, POLICE
OFFICER LUIGI GALANO, POLICE OFFICER
NICHOLAS KOSTAS, and POLICE OFFICER EDWARD
STINE,

                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

15 CV 3462 (ARR) (ST)

       **PLEASE TAKE NOTICE** that upon the annexed Declaration of Assistant Corporation Counsel Kaitlin Fitzgibbon, dated December 14, 2016, and the exhibits annexed thereto; the accompanying Memorandum of Law; and upon all prior pleadings and proceedings had herein, defendants Dalessandro, Galano, Kostas and Stine ("Defendants") will move this Court before the Honorable Allyne R. Ross, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing plaintiff's Complaint against Defendants, with prejudice, and for such other and further relief as the Court may deem just and proper.

       **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable Allyne R. Ross, dated November 16, 2016, opposition papers, if any, shall be served on or before January 11, 2017.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable Allyne R. Ross, dated November 16, 2016, reply papers, if any, shall be served no later than January 25, 2017.

Dated: New York, New York
December 14, 2016

ZACHARY W. CARTER
Corporation Counsel of the City of
  New York
*Attorney for Defendants Dalessandro,*
  *Galano, Kostas and Stine*
100 Church Street, Room 3-202
New York, New York 10007
(212) 356-5057

By: _____/s/_____

Kaitlin Fitzgibbon
*Assistant Corporation Counsel*

cc: **BY FIRST CLASS MAIL AND EMAIL**
Jacqueline Silver
P.O. Box 604726
Bayside, NY 11360