UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JACQUELINE SILVER,

                                                 Plaintiff,

                -against-

SERGEANT SCOTT DALESSANDRO, POLICE
OFFICER LUIGI GALANO, POLICE OFFICER
NICHOLAS KOSTAS, and POLICE OFFICER EDWARD
STINE,

                                                 Defendants.

------------------------------------------------------------------------ x

**DECLARATION OF KAITLIN FITZGIBBON, IN SUPPORT OF CITY DEFENDANTS' MOTION TO DISMISS**

15 CV 3462 (ARR) (ST)

        **KAITLIN FITZGIBBON**, an attorney duly admitted to practice in the State of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.       I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for defendants Sergeant Scott Dalessandro, Officer Luigi Galano, Officer Nicholas Kostas, and Officer Edward Stine ("Defendants") in the above-referenced action. As such, I am familiar with the facts stated below and submit this declaration to place the relevant documents on the record in support of Defendants' motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

        2.       Annexed hereto as Exhibit "A" is a copy of Plaintiff's Complaint filed on May 27, 2015, in the United States District Court for the Eastern District of New York. The claims in the Complaint are subject to dismissal because: (1) plaintiff's excessive force and false imprisonment claims against the Doe defendants are barred by the statute of limitations; (2)

plaintiff's claims against the defendants do not relate back to the filing of the original complaint under Federal Rule of Civil Procedure 15(c)(1)(C); and (3) plaintiff's claims against the defendants do not relate back to the filing of the original complaint under Federal Rule of Civil Procedure 15(c)(1)(A).

Dated:	New York, New York
	December 14, 2016

           ZACHARY W. CARTER
           Corporation Counsel of the
             City of New York
           *Attorney for Defendants*
           100 Church Street, Room 3-202
           New York, New York 10007
           (212) 356-5057

By: _____
     Kaitlin Fitzgibbon
     Assistant Corporation Counsel
     Special Federal Litigation Division

To:	**BY FIRST CLASS MAIL AND EMAIL**
	Jacqueline Silver
	P.O. Box 604726
	Bayside, NY 11360