# EXHIBIT A

☐ ORIGINAL

**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 27 2015 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X

LONG ISLAND OFFICE

Jacqueline Silva
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES ✓   NO ____

-against-
City of New York
NYPD Bayside
Queens, 111th Precinct

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

**CV 15 - 3462**

**ROSS, J.**
**POHORELSKY, M.J.**

Defendants.
-----------------------------------------X

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        ~~otherwise relating to your imprisonment?~~ Yes ( ✓ ) No ( )

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiffs: Jackie Silver

           Defendants: Jennifer Silver Zucker Hillside
                       Hospital, North Shore LIJ/ER/EMS

        2. Court (if federal court, name the district;
           if state court, name the county)
           Queens Supreme Court
           Queens County

        3. Docket Number: _____ 10/16/2012

1

4. Name of the Judge to whom case was assigned: **Hon. Livoti**

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) yes, due to plaintiff (Jacque Stivas) Improper service

6. Approximate date of filing lawsuit: May 24th, 2013

7. Approximate date of disposition: end of 2014.

II. Place of Present Confinement: N/A

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (X) N/A

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No ( )  N/A

C. If your answer is YES,

1. What steps did you take? 

2. What was the result? N/A

D. If your answer is NO, explain why not 

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES, N/A

1. What steps did you take? 

2. What was the result? 

I was brutalized and verbally assaulted on the side of my Bayside Home by the NYPD 111th precinct in Bayside. I was never taken in prison.

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Jacqueline Silver

Address  67-30 Dartmouth Street Forest Hills, NY 11375 Apt 2M. Please keep confidential

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

*There were about 6 police officers and I think one captain that swarmed my car.*

*HAVE TO get report*

Defendant No. 1  police 111th Precinct  John Doe #1 (police officer)
4506 215th Street
Bayside NY 11361

Defendant No. 2  111th Precinct  John Doe #2 (police officer)
4506 215th Street
Bayside NY 11361

Defendant No. 3  John Doe #3 (police officer)
111th Precinct
4506 215th Street
Bayside NY 11361

Defendant No. 4  John Doe #4
111th Precinct 4506 215th Street
Bayside NY 11361

Defendant No. 5  #5 Captain John Doe
111th Precinct 4506 215th Street
Bayside NY 11361 #6

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

I AM ~~suing the police (officer)~~ who violated my rights and brutalized me. The lawsuit can't proceed until I file by May 27th. The statute of limitations is up today (May 27th)

### IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Plaintiff was detained by Jennifer Silver (sister) and the 111th Precinct (police officers) in her car on the side of former Bayside home on 8:30 AM on ~~August~~ May 27th 2012. I was sitting in my car when I was swarmed with about 6 police officers from the 111th Precinct. PLEASE SEE ATTACHED EXHIBIT 'This is the Summons with Notice I am going to refile with the Queens Supreme Court today. 5/27/15

22-02 57th Road Bayside NY 11364

### IV. A

If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

This occurred on May 27th 2012. I have to obtain the medical records from the hospital (Zucker Hillside Hospital) and LIJ/North Shore. I received bruises and contusions throughout my body. I was taken to LIJ and then to Zucker Hillside Hospital. I suffered mental anguish and humiliation, and emotional distress from being brutalized and injured by the 111th Precinct.

4

The nature of this action is that Plaintiff was detained by Jennifer Silver and the 111th Precinct in her car on the side of plaintiffs/ defendants parents' house for a couple of hours on May 27th, 2012 while plaintiff was sitting in her car. The 111 precinct violated plaintiffs rights as plaintiff was absolutely doing nothing to warrant this. While plaintiff was sitting in her car, plaintiff heard the police say I think she is in the car. I looked on the side of the house and there were half a dozen cops near plaintiff's car. They approached me and asked me for id. Plaintiff said I am not allowed to be in my car. It was 8:30 in the morning on Shavuot (Jewish holiday) the cop said I don't need an attitude and asked for identification again. I proceeded to look in my trunk and car for my wallet. They then said to me Ms. Silver told them that plaintiff was trespassing and that I was in my parents' home. My sister had me evicted back in April of 2012. Once again another one of Jennifer Silvers lies to put me in the hospital.

Plaintiff was then swarmed with cops and about three to five cop cars surrounded plaintiffs car. The police officers (names unknown at this time) then asked me if I ever was in a hospital, which was again a violation of my civil rights. Plaintiffs behavior didn't warrant getting questioned like that. Ms. Silver showed up, plaintiff told her to leave me alone and let me live my life, with no conscious Jennifer watched the cops handcuff Plaintiff and also watched the police put Plaintiff to the ground causing bruises and contusions. This is police brutality and a violation of Plaintiffs civil rights. The police officers were in violation along with defendants Jennifer Silver, LIJ ER, and EMS, and Zucker Hillside Hospital of 42 U.S.C Section

1983. They proceeded to ask Plaintiff irrelevant questions about her mental health. For example if Plaintiff is on medicine, ever in the hospital etc. Plaintiff told them she didn't have to answer them without an attorney.

The police then put Plaintiff against her will in an ambulance and took her to the LIJ emergency room, where Plaintiff was held against her will for hours. Plaintiff was stripped of her rights and Jewish holiday was desecrated do to the actions of the defendants and the 111 Precinct. Plaintiff was held there for absolutely no reason at all . The doctors spoke with two or more of Plaintiffs friends and mother. One doctor told a long time friend of the family that Plaintiff will be released at or around 2:00 that day. Plaintiff wasn't released and instead got admitted to Hillside Hospital and was falsely imprisoned, and Plaintiffs rights were violated.

Plaintiff was detained, against her will, due to the horrendous/unfounded and no basis lies her sister (Jennifer Silver) told the LIJ ER. Plaintiff was deprived of her freedom and civil rights and was made emotionally ill and subjected to great humiliation and defamation. As a result of the Defendants aforesaid conduct, plaintiff was deprived of her liberty, was physically and mentally injured due to the negligence and brutalization of the 111 precinct.

Ms. Silver has suffered many physical manifestations of emotional distress caused by being brutalized, personally injured , falsely confined, humiliated, defamed , and stripped of her rights and freedom to which Plaintiff has been subjected.

The relief sought is Plaintiff demands judgment against Defendants in a sum that exceeds the jurisdiction of all lower courts, with court fees and other disbursements and such relief as is just and proper.

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Judgement against the defendants, NYPD 111th Precinct, Bayside Queens and the City of New York for an amount that exceeds the jurisdiction of all lower courts including @ the Supreme Courts). Damages to cover for being brutalized, physically and mentally injured by the 111th Precinct. Amount to be determined at a later date.

I declare under penalty of perjury that on ___May 27th 2012___ I delivered this
                                              (Date)
complaint ~~to prison authorities to be mailed~~ to to the United States District Court for the Eastern District of New York.

Signed this __27__ day of __May__, 20_15_. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

_____
Name of Prison Facility

_____
Address

_____
Prisoner ID#

5