UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JACQUELINE SILVER,

                                            *Plaintiff,*          **AFFIDAVIT IN OPPOSITION TO MOTION TO DISMISS**

- against -

                                                                       15 CV 3462 (ARR) (ST)

SERGEANT SCOTT DALESSANDRO, POLICE
OFFICER LUIGI GALANO, POLICE OFFICER
NICHOLAS KOSTAS and POLICE OFFICER
EDWARD STINE,

                                            *Defendants.*
-------------------------------------------------------------------X

STATE OF NEW YORK      )
                              )   ss.:
COUNTY OF NASSAU     )

       **BLONDELL VICTOR**, being duly sworn, deposes and says:

1) I am the employer of the plaintiff in this action, JACQUELINE SILVER, and I submit this affidavit in opposition to the motion to dismiss her case.

2) I own the process service company BV Services, Inc. located in the village of Freeport, County of Nassau, State of New York. Jacqueline Silver, a licensed process server, has been working for my company as an independent contractor for four years.

3) Ms. Silver works directly with me in my office and I have gotten to know her quite well over the four years we have been working together. She has always been doing her job well; she takes her job seriously, and I know that I can always rely on her.

4) She works full time, sometimes more, and the only time she took off was because she was confined to Zucker Hillside Hospital in connection with the events that led her to commence this action. I visited her while she was at Zucker Hillside.

5) I don't believe that Jacqueline was any way mentally disturbed when I visited her at the hospital, she was just frustrated for having been admitted to the hospital against her will and was losing time from work as a result of it and because she didn't understand what was going on. I tried to calm her down and told her that eventually she would find out what happened.

6) When she was released from the hospital, I believe after a week or so, she came back to work right away and has been working as usual since.

7) I don't know the details of what happened when she was detained by police, however I am absolutely convinced that Ms. Silver is not in any way mentally disturbed; she was not mentally disturbed when I visited her at the hospital or at any time as long as I have known her.

8) It is a mystery to me why she was approached and detained by police and why she was in the hospital. I believe that

she was mistreated by police and admitted to a psychiatric hospital against her will and for no reason, and it is clear to me that this case must be allowed to continue in the interest of justice.

_____
Blondell Victor

Sworn to me this 1 day of ~~January~~ February, 2017.

_____
Notary Public

MICHAEL SOLOMON
Notary Public, State of New York
No. 02S09104234
Qualified in Nassau County
Commission Expires Dec 31 18

3