UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JACQUELINE SILVER,

                                  Plaintiff,

-against-

SERGEANT SCOTT DALESSANDRO, POLICE
OFFICER LUIGI GALANO, POLICE OFFICER
NICHOLAS KOSTAS, and POLICE OFFICER EDWARD
STINE,

                                    Defendants.
------------------------------------------------------------------------- x

**REPLY DECLARATION OF KAITLIN FITZGIBBON, IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

15 CV 3462 (ARR) (ST)

        **KAITLIN FITZGIBBON**, an attorney duly admitted to practice in the State of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

        1.     I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and attorney for defendants Sergeant Scott Dalessandro, Officer Luigi Galano, Officer Nicholas Kostas, and Officer Edward Stine ("Defendants") in the above-referenced action. As such, I am familiar with the facts stated below and submit this declaration to place the relevant documents on the record in support of Defendants' motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

        2.     Annexed hereto as Exhibit "A" is a copy of email correspondence between Plaintiff and Defense Counsel dated January 31, 2017 through February 3, 2017, wherein Plaintiff discloses that her Memorandum of Law in Opposition to Defendants' Motion to Dismiss was drafted by an attorney.

Dated: New York, New York
February 24, 2017

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the
                                        City of New York
                                      *Attorney for Defendants*
                                      100 Church Street, Room 3-202
                                      New York, New York 10007
                                      (212) 356-5057

                          By: _____
                                      Kaitlin Fitzgibbon
                                      Assistant Corporation Counsel
                                      Special Federal Litigation Division

To: **BY FIRST CLASS MAIL AND EMAIL**
       Jacqueline Silver
       P.O. Box 604726
       Bayside, NY 11360