United States District Court
Eastern District of New York

15CV3462

-------------------------------------------X

March 8, 2017

Jacqueline Silver

       Plaintiff,

               ---against---

Sergeant Scott Dalessandro, Police Officer
Luigi Galano, Police Officer Nicholas Kostas
And Police Officer Edward Stine,

       Defendants ,

Hon. Allyne R. Ross

    I am the plaintiff in the above referenced action. I am writing this letter to bring to your attention Hon. Ross that I am still prose and I was prose when the lawyer drafted these opposition papers for me. I had a lawyer help me for the limited purpose of drafting these documents.  The lawyer wasn't representing me at the time these opposition papers were drafted and is not representing me at this time. I am still looking for an attorney to represent me. Depending on the

outcome of the fully briefed papers that are before you, this lawyer might represent me. I was told by the individual that recommended me to this lawyer, that she will be a ghost writer and is allowed in the legal industry to do this. I questioned him many times back in the middle of January and we went back in forth with texts before this attorney drafted my opposition papers. I even asked lawyers that I know and they told me it's acceptable and allowed.

On January 12th, Mr. Doe (name furnished upon request) who is a partner in a printing company, (for perfecting appeals) told me that he found an attorney that is willing to do the opposition papers but cannot appear at that time. Your, Honor, I actually wanted a lawyer to represent me from that point on not just draft the papers for me. Mr. Doe went as far as to tell me if the Court will deny Ms. Fitzgibbons motion then the lawyer will go on the record at that time.

Your Honor, I wasn't aware that I had to disclose (if I had to, I am still not sure,) that an attorney wrote the documents for me. If I did have to disclose this information to the court, then I apologize to you Judge Ross that I didn't do this. I am not hiding anything. I don't want you to think that I purposely didn't disclose that an attorney drafted the opposition papers for me, it was never my intention. I honestly wasn't aware of this and I don't want this to affect your decision.

I pray that you won't base your decision on Ms. Fitzgibbons reply where she calls me out to Your Honor about the fact that I didn't disclose that I had a lawyer draft my papers. I honestly wasn't aware and I am sorry if I needed to disclose this. I am asking the court if they will allow me to put in a sur-reply to her reply papers. Ms. Fitzgibbon put in unfounded and unproven information about the plaintiff in her reply papers.

I was extending the courtesy to let defendants counsel know that the opposition papers were going to be served late because the lawyer was late in finishing the Memorandum of Law and she used this against me in her reply papers and an exhibit to the court, this is unethical.

Jacqueline Silver

Pro Se Litigant

cc: Kaitlin Fitzgibbon, Esq

Jacqueline Silver
P.O. Box 604726
Bayside, N.Y. 11360

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 17 2017 ★
BROOKLYN OFFICE

U.S. District Court
Eastern district of N.Y.
Attn. Pro se office
225 Cadman Plaza East
Bklyn. N.Y. 11201