May 31, 2017

Civil Action Number 15CV-3462

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 06 2017 ★

BROOKLYN OFFICE

ATT: Pro/Se Office
    Judge Ross
    Judge Tiscione



As recommended by the Pro/Se Office, I am requesting assistance with the attached subpoena and, harassing threats of being in contempt of court.

A number of years ago, my husband, Cantor Victor Wortman, and Jacqueline Silver became acquainted. He was approached by her at his Temple of employment, she was requesting financial help. I am not privy as to why the Temple declined. Their friendship continued until a few years ago. What ensued is my reason for corresponding with you now. Ms. Silver approaches me on the street, in stores and by phone. I recently changed our home phone of 42 years to avoid middle of the night calls. When the attached subpoena was delivered to my home(Victor received the same one), I was uncomfortable, and called the police. As a man handed me the subpoena, Jackie was in her car yelling at me. Not only was I completely clueless as to its contents, she sent copies to my children. I did respond to her PO Box 604726 as stated on the subpoena. Please see the attached note to Jackie. Now she claims that I am in contempt of court.

I am at a loss on how to proceed. How do I address something I know nothing about? It would be a monetary burden to hire an attorney when all I can say is "I don't know".

I am hoping that your knowledgeable support will settle this disturbing matter. Your assistance is BEYOND greatly appreciated!

Thanking you in advance,

*Susan Wortman*

Susan Wortman


email: shibleychief@gmail.com
cell #: