AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_Jacqueline Silver_ )
_____ )
Plaintiff )
v. ) Civil Action No. _15CV 3462_
_Sergeant Scott Dalessandro_ )
_____ )
Defendant )
_Police officer Luis Malavo et al_ )

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: _Susan Wortman (Melanie)_
_____
_(Name of person to whom this subpoena is directed)_

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: _Any and all documents that you have in your possession (212-02 16th Avenue) concerning the matter of Silver V NYPD et al, Silver vs Silver, including but not limited to medical etc_

| Place: _Jacqueline Silver_ _P.O. Box 604726 Bayside NY 11360_ | Date and Time: _January, 30th 2017_ |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: _records of Plaintiff Jacqueline Silver for years 2010 to present any and all documents in your possession, criminal records, police health records_ | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **NOV 0 4 2016**

**DOUGLAS C. PALMER**
~~CLERK OF COURT~~
OR

_____     _____
_Signature of Clerk or Deputy Clerk_          _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____, who issues or requests this subpoena, are:

_____
_Jacqueline Silver (pro se)_
_____

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Jackie,

I know NOTHING about your medical records. I have NEVER seen them nor am I interested in that information!!

Having subpoenas sent in my name to the house is wasting your time. I have no knowledge concerning the content of concern.

Susan