**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

JACQUELINE SILVER,

                Plaintiff,

                                   **ORDER**
   - against -                           **CV-15-3462 (ARR)**

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

**TISCIONE, Magistrate Judge:**

In light of the letter, docket entry 59, received by the Court from Interested Party Susan Wortman, the June 14th telephone conference is canceled.  Instead, the Court will hold an in-person conference at 12:00 p.m. on June 22nd to address the Motion for Contempt, docket entry 49, and Motion to Quash, docket entry 56, pending before this Court.   The Plaintiff, Ms. Wortman and counsel for Defendants are directed to appear for the conference which will be held in Hearing Room N324 in the North Wing.

The Court respectfully DIRECTS the Clerk of Court to serve a copy of this Order upon Interested Party Wortman who is not represented by counsel, by certified mail return receipt requested and regular mail at the following address: Susan Wortman, 212-02 16th Avenue, Bayside, NY  11360; this address was obtained from document number 49 as Ms. Wortman did not provide a contact address with her May 31st letter, docket entry 59.

Counsel for Defendant is directed to immediately notify the Plaintiff, who is proceeding pro se, of this conference change.

Failure by any party to attend the conference may result in the imposition of sanctions.

   **SO ORDERED.**

                                                s/
                                 **STEVEN L. TISCIONE**
                                 **UNITED STATES MAGISTRATE JUDGE**

**Dated:  June 8, 2017**
       **Brooklyn, New York**