UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
CLERK
2017 JUN 20 PM 1:10
U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

**JACQUELINE SILVER**

15CV- 3462
NOTICE OF MOTION

--Plaintiff--

--against--

**SERGEANT SCOTT DALESSANDRO,
POLICE OFFICER LUIGI GALANO,
POLICE OFFICER NICHOLAS KOSTAS, AND
POLICE OFFICER EDWARD STINE.**

--Defendants--

I am the plaintiff in the above referenced action . On or around May 25th , I wrote a letter motion to Your Hon. Ross and Magistrate Tiscione to respectfully rule on the contempt motion against Susan and Victor Wortman. Please see attached letter motion dated May 25th.

Plaintiff wants to bring it to the courts attention that this Letter Motion was on the same motion to extend the limited discovery to July 13th . The part where plaintiff wanted the court to rule on the contempt motion is not on the docket (54), therefore plaintiff assumes that Hon. Ross and Magistrate Tiscione never read this letter motion. Plaintiff has no information on docket 54, therefore if the court read it and ruled on it plaintiff will never know.

Plaintiff is asking the court once again if they can respectfully rule on this letter motion that was sent to the court on May 25th and should've been docketed with the other part of the motion dated May 25th.

Once again this ruling is important for plaintiff proving her diligence and also for the conference that Susan Wortman (recipient of the subpoena on December 26 of last year) has to appear at. Plaintiff is at a loss as to why Susan Wortman was granted a conference and is NOT a party to this action, while plaintiff filed two motions to the court one dated March 23, to hold Mr. and Mrs. Wortman in contempt for not answering a subpoena, and the other letter, (which was not on docket 54, and should've been) to respectfully rule on the contempt motion. As of June 13, Victor Wortman hasn't answered the subpoena. This is a serious matter and plaintiff doesn't understand why the motions weren't decided on yet.

Respectfully,

Jackie Silver
Pro Se Plaintiff

~~...~~ 6047 16
Bayside NY 11360

United States District
Court
Attn: Ro se
225 Cadman Plaza East
Brooklyn NY 11201