

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**JACQUELINE SILVER**

15CV- 3462
Motion To Reschedule
Conference And Motion To
Withdraw Subpeona

--Plaintiff--

June 17, 2017

--against--

**SERGEANT SCOTT DALESSANDRO,**
**POLICE OFFICER LUIGI GALANO,**
**POLICE OFFICER NICHOLAS KOSTAS, AND**
**POLICE OFFICER EDWARD STINE.**

--Defendants--

To: Honorable Judge Ross
Magistrate Steven Tiscione

I am the pro se plaintiff in the above referenced action. Plaintiff is writing this letter to Honorable Ross and Magistrate Tiscione to ask the court to reschedule the conference on June 22. Ms. Fitzgibbon, consents to the rescheduling of the conference on the 22nd. Susan Wortman , (who was once again served a subpoena  on December 26th,  ),  wrote an exparte letter to the both of you per the recommendation of the Pro Se office  on or around May 31st. Plaintiff  is confused as to the relevance of this letter and therefore the conference.

Both Victor and Susan Wortman were personally served with a legitimate subpoena on December 26th. Plainitff just wants her documents to move on with the discovery. This is very burdensome to me and is taking away my time from finishing up my discovery.

Both plaintiff and Ms. Fitzgibbon, counsel for the police officers , were never served with this letter . Plaintiff has wrote Susan Wortman a letter explaining that she needs to serve Fitzgibbon and I. As of today I was never served.  When I get served the letter from Mrs. Wortman , I will put in my opposition. As the pro se plaintiff in this action and the issuer of the non party subpoena that was served on the Wortmans,  I have a right to oppose it and defend those allegations made against me.

Ms. Fitzgibbon told me the only days that she can't make the conference was June 26 to June 30, July 6 th, 7th , 10 and 11th .  Plaintiff is asking the court if they could reschedule the conference to July 14th with the in status conference for the limited discovery.

Ms. Fitzgibbon discussed with me that she will be withdrawing the subpoena for my Verizon Wireless phone records, therefore my motion to quash will be withdrawn also.

This is the first time this conference plaintiff is asking to reschedule.

Jacqueline Silver
Pro Se Plainitff
cc: Kaitlin Fitzgibbon