UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACQUELINE SILVER

           15CV- 3462  (ARR)
           June 26, 2017

    --Plaintiff--

    --against--

SERGEANT SCOTT DALESSANDRO,
POLICE OFFICER LUIGI GALANO,
POLICE OFFICER NICHOLAS KOSTAS, AND
POLICE OFFICER EDWARD STINE.



    --Defendants--

    I am the plaintiff in the above referenced action. I am writing this letter to Hon. Ross and Magistrate Tiscione because at this point in time I feel that I am not being treated fairly, to bring to the courts attention that I was never served the letter Mrs.Wortman sent to court, therefore I can't respond and that plaintiffs letters from May 25th through June 17 weren't put on the docket..

    Hon. Ross and Magistrate Tiscione this case is **very important to me** and I wouldn't never do anything to jeopardize it. I just want to do my limited discovery and move on to the evidentiary hearing so my case can move on and hopefully prevail on this injustice that was brought upon me on May 27, 2012, by Jennifer Silver, a.k.a my sister, which caused my rights to be violated by the defendants listed on my action.

On or around June 17th, 2017 plaintiff mailed this enclosed Notice of Motion and the Motion to Reschedule Conference and Motion to Withdraw Subpeona dated June 17th, 2017 simultaneously in the same mailbox in the post office (Bay Terrace Shopping Center) where I have my P.O. Box. A copy was also mailed to Ms. Fitzgibbon.

Please see attached emails/correspondence between Ms. Fitzgibbon and I. As you can see, Hon. Ross and Magistrate Tiscione, Fitzgibbon consented to the rescheduling of the conference for June 22nd. I don't know if there were mistakes made by the docketing department or it was purposely done, whatever the case may be it is hurting plaintiff s' case and that isn't right.

The letter motion from May 25th (number 54) was never put on the docket until plaintiff Silver notified the court and it suddenly appeared on June 20th (number 61). The attached letter motion to reschedule/withdraw subpeona was never put on the docket. Plaintiff is at a loss as to why????

Plaintiff spoke to Ms. Fitzgibbon about 9:30 the morning of the 22nd. She told me that the conference was still on. Plaintiff was at a loss because she sent the letter motion asking the court to reschedule the conference. She thought it would be granted since it was the first time and the lawyer for the defendants consented. Ms. Silver checked Magristrate Tisciones rules and Judge Ross rules on adjournments. Once again Ms. Silver was never served/sent a copy of Mrs.

Wortmans letter, neither did Ms. Fitzgibbon. On the June 17th letter Ms. Silver makes a point to say that Mrs. Wortman wrote a letter to the judges exparte, which is not allowed by the courts. Once again, I have a right to respond and oppose her letter, especially that she made a very strong allegation of harassing her. Plaintiff is also at a loss as to why this is relevant to her action .

During the conversation that I had with Ms. Fitzgibbon, she mentioned to me that the lawyer (name unknown at this time) for the Bay Terrace Jewish Center called her up to discuss the conference. This lawyer went behind my back and called Fitzgibbon, another problem as I am the Pro se plaintiff. The Bay Terrace Jewish Center was served a subpoena to produce documents because in the long conversation I had with Susan Wortman she told me that the documents could possibly be in the synagogue and once again she told me she was "a honest, goody two shoes." Your Honor, once again I have to believe her.

Plaintiff called Magistrate Tisciones chambers that morning and asked the chambers about the conference that was still on that morning, chambers told her that it was. Chambers then went on to say that there was no adjournments, and kept stressing that I need to be at the conference. Your Honor at that point, I felt pressured and scared to go to the conference. I then said to her , (name unknown) I said why, Ms. Fitzgibbon consented, she said no adjournment, you

need to be at the conference. I hung up the phone and then called the prose office. I spoke with Mike, he also stressed to me to be at the conference. Once again , I was scared and apprehensive and didn't know what to do . Once again **I** was never served a copy of the letter Susan Wortman sent to the prose office. I still need to be served so I can respond to it. I am at a loss as to why the prose office told her to write this letter to Your Honor, isn't this exparte?? especially that  it wasn't  served on myself  or Ms. Fitzgibbon. Once again, the lawyer for the synagogue went behind my back and spoke with Ms. Fitzgibbon.

    Plaintiff feels that she isn't being treated fairly, that letters are being written behind her back and lawyers are calling other lawyers behind her back, leaving plaintiff  Silver confused, overwhelmed, and apprehensive. Plainitff  needs to rearrange her efforts now on responding to Mrs. Wortmans letter when she gets served and to renew her Contempt Motion for Mr. Wortman as he never answered it.  Please see attached Letter Motion where plaintiff addresses the fact that Mr. Wortman  stressed that Susan and himself are represented by counsel (Alexander Fine) who was also served the subpoena back in march who also disobeyed the subpoena and never answered it. Being that Mrs. Wortman is represented by counsel then she shouldn't have appeared pro se and not treated pro se.

    Last week I spoke with Mr. Wortman in length because I still believed that I could obtain the documents from him at a later date. He has told me bits and

pieces of the letter his wife wrote to the court. I am appalled and at a loss as to why she would write lies to court that isn't even relevant to the subpoena.

Finally, Your Honor I need the court to order Susan Wortman to serve me a copy of the letter she sent to the court so I can respond to it. A couple of weeks ago I spoke with Ralph in the prose office about how Mrs. Wortman was able to write this letter to the court. I addressed to him how she sent the letter without serving it on me and Ms. Fitzgibbon, he agreed that she should've served it on us. No correspondence can be sent to the court without sending it to the other parties, or it becomes exparte communications, which isn't allowed .I hope you could understand the reason for this letter and grant me the relief I need, whatever the court seems just and proper.


Jacqueline Silver
Pro Se Plaintiff
cc: Kaitlin Fitzgibbon