**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JACQUELINE SILVER,

                    Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

                    Defendants.
-------------------------------------------------------------------X

**ORDER**
**CV-15-3462 (ARR)**

**TISCIONE, Magistrate Judge:**

      Bay Terrace Garden Jewish Center is Ordered to respond to the subpoena that was issued in connection with this matter no later than August 11, 2017.  If Bay Terrace Garden Jewish Center does not produce the requested documents or otherwise respond to the subpoena, the Court may find it to be in contempt of court and impose monetary sanctions.  Plaintiff is Ordered to effect service of the subpoena and a copy of this Order on Bay Terrace Garden Jewish Center and file proof of service with the Court.

      **SO ORDERED.**

                                                                           s/
                                              **STEVEN L. TISCIONE**
                                              **UNITED STATES MAGISTRATE JUDGE**

**Dated:  July 18, 2017**
          **Brooklyn, New York**