*Law Office of Kramer & Shapiro, P.C.*

*Attorneys at Law*

IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ AUG 0 4 2017 ★

BROOKLYN OFFICE

*Bernard L. Shapiro*

*Michael Alan Shapiro**

*Steven D. Chase*

*Lisa D. Levine-Shapiro*

*Also member of New Jersey Bar

*80-02 Kew Gardens Road*

*Suite 302*

*Kew Gardens, New York 11415*

*Tel. (718) 520-1600*

July 28, 2017

<u>Certified Mail Return Receipt Requested</u>

Honorable Steven L. Tiscione
U.S. Magistrate Judge
US District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York   11201

Re:  Jacqueline Silver v. City of New York, et al
<u>CV-15-3462  (ARR)</u>

Dear Judge Tiscione:

I am writing on behalf of the Bay Terrace Garden Jewish Center as a member of the Board of Trustees and Legal Committee.

Bay Terrace Garden Jewish Center, is in receipt of your Order dated July 18, 2017, which was received on July 27th.  A copy of the Order is attached with a copy of the underlying subpoena.

A response to Plaintiff's subpoena was issued by Bay Terrace Garden Jewish Center and was mailed from the office to the Pro Se Plaintiff's Post Office Box address which is listed on the subpoena.  Such Reply was mailed on July 10th by regular first class mail.  I attach copies of the July 6th, 2017 Reply and of the face of the mailing envelope.

I am copying the Pro Se Plaintiff this letter and I have enclosed all of the attachments including the subpoena reply by Bay Terrace Garden Jewish Center and the mailing envelope.

*Law Office of Kramer & Shapiro, P.C.*

July 28, 2017
Honorable Steven L. Tiscione
U.S. Magistrate Judge
US District Court
Eastern District of New York


      The Pro Se Plaintiff is constantly calling the synagogue office and is harassing the office workers.  This must stop.  I trust this will satisfy the Plaintiff and the Court that there has been compliance with Plaintiff's subpoena requests.

      Thank you.

                                     Very truly yours,

                                     Law Office of Kramer & Shapiro, P.C.

                                     Steven D. Chase

SDC/lm
enc.
cc:  Jacqueline Silver
     Bay Terrace Garden Jewish Center

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JACQUELINE SILVER,

                                    Plaintiff,

          - against -                                                ORDER
                                                                     CV-15-3462 (ARR)
CITY OF NEW YORK, et al.,

                                    Defendants.
-----------------------------------------------------------------X

TISCIONE, Magistrate Judge:

      Bay Terrace Garden Jewish Center is Ordered to respond to the subpoena that was issued in connection with this matter no later than August 11, 2017. If Bay Terrace Garden Jewish Center does not produce the requested documents or otherwise respond to the subpoena, the Court may find it to be in contempt of court and impose monetary sanctions. Plaintiff is Ordered to effect service of the subpoena and a copy of this Order on Bay Terrace Garden Jewish Center and file proof of service with the Court.

      **SO ORDERED.**

                              _____*s/*_____
                              **STEVEN L. TISCIONE**
                              **UNITED STATES MAGISTRATE JUDGE**

Dated:  July 18, 2017
         Brooklyn, New York

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Jacqueline Silver )
_____ )
*Plaintiff* )
v. )
The City of New York )
_____ )
*Defendant* )
Et Al )

Civil Action No. 15CV-3462

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Bay Terrace Jewish Center a.k.a
Bay Terrace Garden Jewish Center
*(Name of person to whom this subpoena is directed)* 1300 209th Street
Bayside
☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following NY 11360
documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the
material: A copy of Bay Terrace Jewish Centers phone
records from 2/20/12 - 6/2015. All documents pertaining to
Jacqueline Silver including but not limited to police reports XX

| Place: Jacqueline Silver | Date and Time: |
| P.O. Box 604726 Bayside NY 11360 | ~~May~~ June 18 2017 |

XX medical reports, psychiatric records, etc. (June 28 201

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or
other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party
may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance;
Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to
respond to this subpoena and the potential consequences of not doing so.

Date: **MAY 25 2017**

DOUGLAS C. PALMER
*CLERK OF COURT*

_____     OR     _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the
inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before
it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

718-428-6645

# Bay Terrace Garden
# Jewish Center
13-00 209th Street
Bayside, NY 11360

Tel: (718) 428-6363 • Fax: (718) 428-6645 • email: office@bayterrace.org

July 6, 2017

Dear Miss Silver,

The Bay Terrace Garden Jewish Center is in receipt of the court ordered subpoena.

Please be advised we do not have the information you requested.

Sincerely,

The Bay Terrace Garden Jewish Center

2/2

07-27-2017

11:28:11 a.m.

718-428-6645

**BAY TERRACE GARDEN JEWISH CENTER**
**13-00 209th Street**
**Bayside, N.Y. 11360-1198**



Jacqueline Silver
P. O. Box 604726
Bayside, NY 11360

Law Office of Kramer & Shapiro PC
80-02 Kew Gardens Road
Suite 302
Kew Gardens, New York  11415

NEW YORK
NY 100
26 JUL '17
PM 12 L



UNITED STATES POSTAGE
PITNEY BOWES

02 1P
0001810345   JUL 28 2017
$ 006.77⁰
MAILED FROM ZIP CODE 11415

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**®

7016 0910 0001 9165 8897

Honorable Steven L. Tiscione
U.S. Magistrate Judge
US District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201



11201-183299