UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

JACQUELINE SILVER,

                      Plaintiff,

       - against -

CITY OF NEW YORK, et al.,

                      Defendants.
---------------------------------------------------------------------X

**ORDER**
**CV-15-3462 (ARR)**

**TISCIONE, Magistrate Judge:**

    Plaintiff's Motion for Contempt [72] has been referred to the undersigned. Accordingly, this motion will be discussed at the conference already scheduled for August 30th at 2:00 p.m.

    To properly address the issues raised in Plaintiff's motion, Victor and Susan Wortman are directed to participate in this conference by phone by calling the Court at (718) 613-2190 at the scheduled time. All other parties are to appear in-person as previously Ordered.

    **SO ORDERED.**

                                                                                           s/
                                                      **STEVEN L. TISCIONE**
                                                      **UNITED STATES MAGISTRATE JUDGE**

**Dated: August 21, 2017**
         **Brooklyn, New York**