☐ ORIGINAL

RECEIVED
AUG 30 2017
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Jacqueline Silver
　　　　　　　　　Plaintiff,

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

　　　　　　-against-

Sergeant Scott D'alessandro　15 cv 3462 (　)
et al
　　　　　　　　　Defendant(s).
-----------------------------------------------------------X

1. Name of applicant __Jacqueline Silver__

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary.)

   At this point in time, this case (especially the subpoenas to the Victor and Susan Wortman are beyond my capabilities to do this pro se. I issued a subpoena to a synagogue and to Mr. and Mrs Wortman

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary.) I contacted attorneys through referrals, Avvo attorneys I have known from the past. I spoke with many attorneys since 2015. The attorney Ms. Faringer who helped me with my ××

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   N/A

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court. I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the forgoing is true and correct.**

Dated: __8.9.17__　　　　　　　　　　　　　__[signature]__
　　　　　　　　　　　　　　　　　　　　　*Signature*

rev. 7/08
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Jacqueline Silver
                Plaintiff,

REQUEST TO PROCEED
*IN FORMA PAUPERIS*
IN SUPPORT OF THE
APPLICATION FOR THE COURT TO
REQUEST COUNSEL

-against-

Sergeant Scott Dalascarto et Al    15 cv 3462 ( )
                Defendant(s).
-----------------------------------------------------------X

I, Jacqueline Silver (print or type your name) am the plaintiff/defendant in the above-entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed, give the name and address of your employer and state the amount of earnings per month.

   BU Services 30 South Ocean Avenue Freeport NY 11520
   Process Server Varies from 200 a week to 400 a week. Depends on Papers Completed, Served

2. If you are not presently employed, state the date you were last employed and your earnings per month at that time. **You must answer this question even if you are incarcerated.**

   N/A

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   NO

   a) Are you receiving any public benefits? Medicaid, Food Stamps    ☐ No ☒ Yes, $ _____
   b) Do you receive any income from any other source?    ☒ No ☐ Yes, $ _____

   beginning 8/30

rev. 7/08

4. Do you have any money, including money in a checking or savings account? If so, how much?

$2167 checking

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other valuable property? If the answer is yes, describe the property and state its approximate value.

☒ No   ☐ Yes, $ CAR but its paid off

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No   ☒ Yes, $ 675.00 but after next month I no longer have any money to pay

7. List the person(s) that you pay money to support and the amount you pay each month.

N/A

8. State any special circumstances which the Court should consider.

I asked for an attorney over a year ago and you declined but told me I could renew at a later time. This case became very complex and without relief I will not be able to proceed

I understand that the Court may dismiss this case if I give a false answer to any question in this declaration.

I understand that if the Court grants this application in a complaint against the Commissioner of Social Security, the pro bono attorney, if successful, has the statutory right to request that the Court award a fee of up to 25% of the accrued Social Security or Supplemental Security Income Benefits. See 42 U.S.C. § 406.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 8/27/17

Signature

rev. 7/08

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

Jacqueline Silver

Plaintiff,

**AFFIRMATION OF SERVICE**

-against-

Sergeant Scott DeAlessandro et AL   15 cv 3462 (    )

Defendant(s).
-------------------------------------------------------- X

I, Jacqueline Silver (print or type your name), **declare under penalty of perjury** that I have served a copy of the attached Application for the Court to Request Counsel upon the defendant(s) or the attorney for defendant(s) Kaitlin Fitzgibbons Magistrate Tiscione's Courtroom whose address is: Cadman Plaza → United States District Court by Personal Delivery
(describe how you served document: For example - personal delivery, mail, overnight express, etc.)

Dated: 8/28/17

Signature: Jacq

Address: P.O. Box 60472 Bayside NY 11360

City, State & Zip Code

rev. 7/08

8/28/17 Application for Counsel

② And it became very complicated due to Mrs Wortmans claims and allegations of her harassing me and Mr. Chase threatening me, harassing me and trying to intimidate me. These are strong allegations and could greatly impact case. As a prose Plaintiff I feel that I am getting taking advantage of. This case has become very complex and difficult for me to litigate without an attorney. I feel at this point it's very difficult for me to proceed pro se. The suspected individuals have taken a toll on me and my lawsuit

③ documents opposition papers all of a sudden declined my case. I met with an attorney from Long Island he wanted to charge me a retainer of $7500. Honorable Ross I don't have that kind of money. Multiple attorneys have told me its to late into the action for them to take it, but they did tell me if it go to trial I will have a better chance of obtaining a lawyer. I also had a couple of attorneys telling me that they cant represent me because of what was on the docket, that Susan Wortman accused me of harassing her.

Honorable Ross if I could afford an attorney I would be more then happy to

8/28/17 → Jacqueline Silver

got one. I thought the attorney that helped me start this lawsuit would have taken the case, but was unable to. Without poor person's relief Hon. Ross I will not be able to proceed.

The diligence (limited discovery) that you ordered me to do is a result of Ms. Faringes opposition papers, so it is hard to do the diligence when she is the one who opposes the papers for me.

Honorable Ross, I am asking you to provide me with the attorney for limited scope discovery that they have in the United States District Court.

Jacqueline Silver
Pro Se Plaintiff

◻ ORIGINAL

RECEIVED AUG 30 2017 PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
Jacquelene Silver

                        Plaintiff,

-against-

Sergeant Scott Dalessandro, et al

                       Defendant.
----------------------------------------------------x

AFFIRMATION OF SERVICE
15-CV-3462 ( )

I, Craig Gottlieb, declare under penalty of perjury that I have served a copy of the attached Motion to Compel, subpoena and Affidavit of service on July 15, 2017 upon Bay Terrace Jewish Center a/k/a Bay Terrace Garden J.C. by mailing it to same whose address is: 1300 209th St Bayside NY 11360

Dated: ~~Brooklyn~~ Queens, New York
July 24, ~~10~~ 2017

Sworn before me this 24th day of July, 2017.

Deanne Matsoukas
Notary Public.

Signature: Craig Gottlieb
Print Name: Craig Gottlieb
Address: 240-10 67th Ave
City, State, Zip Code: Douglaston, NY 11362

DEANNE MATSOUKAS
Notary Public State of New York
No. 01MA6162599
Qualified in Queens County
Commission Expires 03/12/2019

☐ ORIGINAL

**RECEIVED AUG 30 2017 PRO SE OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____ x

Jacqueline Silver

Plaintiff,

Affirmation of Service

-against-

Sergent Scott Dalessendro ET AL

15 cv 3462, ARR

Defendant.
_____ x

I, Jacqueline Silver, declare under penalty of perjury that I have served a copy of the attached Reply Paper to Stac Chase ESQ and upon Bay Terrace BTJC Jewish Center whose address is: 1300 209th Street Bayside NY 11360 Bayside NY 11360

Dated: 8/28/17, New York

Signature: Jacq

P.O. Box 604726
Address

Bayside NY 11360
City, State, Zip Code

Affirmation of Service (USDC-EDNY) - January 2003