UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------X Docket#
JACQUELINE SILVER,           : 15-cv-03462-ARR-ST
            Plaintiff,       :
                             :
    - versus -               : U.S. Courthouse
                             : Brooklyn, New York
                             :
CITY OF NEW YORK NYPD BAYSIDE :
QUEENS PRECINCT, et al.,      : August 30, 2017
            Defendant        :
------------------------------X
```

TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
BEFORE THE HONORABLE STEVEN TISCIONE
UNITED STATES MAGISTRATE JUDGE

**A P P E A R A N C E S:**


**For the Plaintiff**:     **Jacqueline Silver, pro se**
P.O. Box 604726
Bayside, NY 11360


**For the Defendant**:     **Kaitlin E. Fitzgibbon, Esq.**
New York City Law Department
100 Church Street
New York, NY 10007


**Transcription Service**:     **Transcriptions Plus II, Inc.**
61 Beatrice Avenue
West Islip, New York 11795
laferrara44@gmail.com


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

2

Proceedings

1          THE CLERK:  Civil Cause for Status Conference,

2    docket number 15-cv-3462, Silver v. City of New York NYPD

3    Bayside Queens Precinct, et al.

4          Parties please state your appearances for the

5    record.

6          MS. SILVER:  Jacqueline Silver, pro se

7    plaintiff.

8          THE COURT:  Okay.

9          MS. FITZGIBBON:  Assistant Corporation Counsel

10   Kaitlin Fitzgibbon.

11         THE COURT:  And we have nonparties on the line,

12   as well.  Can you just state your appearance for the

13   record?  Just state your name for the record.

14         MS. WORTMAN:  Susan Wortman.

15         THE COURT:  Okay.

16         MR. WORTMAN:  And I'm Victor Wortman.

17         THE COURT:  Okay.  Thank you.

18         THE CLERK:  The Honorable Steven Tiscione

19   presiding.

20         THE COURT:  All right.  So I want to deal with

21   this motion that keeps coming back.  Ms. Wortman, you had

22   already come into court the last time to deal with the

23   subpoena.  Mr. Wortman, I had never heard from you.  So

24   let me ask you, did you receive a subpoena in this case

25   from Ms. Silver asking for certain documents?

3

Proceedings

1          MR. WORTMAN:  I received lots of papers that I
2    have in front of me from her.
3          THE COURT:  Okay.
4          MR. WORTMAN:  And I am trying to make heads and
5    tails out of it.  The police department is suing them,
6    not suing them.  I jut -- I am all mixed up.  And also,
7    the morning of the -- when everyone was there, the last
8    time you did this case --
9          THE COURT:  Uh-hum.
10         MR. WORTMAN:  -- I got a call from Jackie
11   Silver in the morning telling me not to go because she is
12   not going to go and if she does go -- I just wrote this
13   out here -- and if she does go to court, she is going to
14   say that I threatened her and needs to leave immediately,
15   unless you get extra security.
16              So I am very confused.  I mean, if you need me
17   in court, I will be happy to come any day, any time.  I
18   just don't want it to be frivolous because this thing is
19   never going to end.
20              And also, there's a -- I don't know -- your
21   Honor, I don't know if you're aware, there is a case
22   pending in criminal court.
23         MS. SILVER:  I object.
24         MR. WORTMAN:  They actually arrested her.
25         MS. SILVER:  I object.

4

Proceedings

1          MR. WORTMAN:  So I am waiting to figure out

2  what that's all about.

3          THE COURT:  You'll get your opportunity to

4  talk.

5          MR. WORTMAN:  So it's very confusing but the

6  end result is, any time you tell me, your Honor, to be

7  there, I will be there earlier than I am supposed to.

8          THE COURT:  Okay.  The only issue for me at

9  this point is there's a -- before me is just the civil

10  case.  I have a motion for contempt for failing to answer

11  a subpoena.  My understanding is the subpoena asks for

12  certain documents that are in the possession of

13  apparently one of the Wortmans or --

14          MR. WORTMAN:  Victor Wortman.

15          THE COURT:  Victor.  I don't know if you have

16  any of these documents.

17          MR. WORTMAN:  I never saw any document.  I

18  never received any document.  I don't know what she is

19  talking about and basically, that's -- that's the whole

20  thing I could tell you about papers.

21          THE COURT:  Okay.

22          MR. WORTMAN:  I mean, she's playing me.

23          THE COURT:  Okay.

24          MS. WORTMAN:  Your Honor, can I interrupt for

25  one second?

5

                         Proceedings

1          THE COURT:  Sure.

2          MS. WORTMAN:  I have a letter stating that I --

3    that I fulfilled this being in contempt of court.  Is

4    there a reason that I am part of this phone call?  I

5    could even read you a paragraph of it where it says it

6    was sent to me from Ms. Fitzgibbon, the day that I was in

7    court.

8          THE COURT:  Uh-hum.

9          MS. WORTMAN:  You said that -- do you want me

10   to read it to you?

11         THE COURT:  No, the reason you're in court is

12   because there was a subsequent motion that was filed and

13   I just want to put this issue to bed.  So --

14         MS. WORTMAN:  What was the subsequent issue?

15   That's what I don't understand because I was never

16   notified of anything subsequent.

17         THE COURT:  It all comes back to the same

18   issue.  So I just -- let me just ask this straight out.

19   Ms. Silver, what is it exactly that you're looking for

20   and why do you think Mr. or Mrs. Wortman have the

21   documents that you're looking for.

22         MS. SILVER:  Okay.  Back in 2016, I had full

23   conversation with Mr. Wortman.  I have it on a recorded

24   phone -- on an MP3 player.

25         THE COURT:  Talk into the mic, so that you --

6

Proceedings

1        MS. SILVER:  Okay.  Back in 2016, I had a phone

2   call -- a lengthy phone call conversation with Mr.

3   Wortman in which he specifically told me he has documents

4   in his possession.  He event went to -- as far as to say

5   that I was evaluated by psychiatrist and it's common

6   knowledge about this.  And he's very adamant.  I can

7   produce the tape.

8        I actually in a contempt motion, because he

9   never answered the subpoena, and I have it in my contempt

10  motion to Judge Ross back in March of 2017.  And I also

11  have a verbatim, you know, when you go through the tape

12  where it is.

13       THE COURT:  Uh-hum.

14       MS. SILVER:  And he says he has no use for

15  them.  He said that he got them.  They were found in his

16  doorstep and Mr. Wortman and Mrs. Wortman are married.

17  So if they are found on the doorstep, I have to subpoena

18  Susan Wortman, too.  And that's what started it all.

19       MR. WORTMAN:  How about calling the temple?

20       MS. SILVER:  And what happened was, he

21  specifically -- could I read it to you what he said

22  verbatim, your Honor?

23       THE COURT:  What are these documents?

24       MS. SILVER:  Okay.  They're documents

25  supposedly that have information, maybe a police report,

7

Proceedings

1  and maybe information, according to him, that's relevant

2  to my case.  So I have known him since 1998.

3          Back in 2012, when I got involved with him

4  because he lied to me about his marriage, he told me he

5  will help me because he couldn't understand why my sister

6  put me in the hospital, and he basically told me --

7          MR. WORTMAN:  By who?  Your sister?

8          MS. SILVER:  My sister, Victor.

9          MR. WORTMAN:  I don't even know that you have a

10  sister.

11          MS. SILVER:  Okay.  Okay.  So anyway, so --

12          MR. WORTMAN:  It's all in your mind.

13          MS. SILVER:  -- he was very adamant -- he was

14  very adamant about the documents and he said he has no

15  use for them.  We were supposed to meet at a pizza place

16  in New Hyde Park and I told him -- and then one thing led

17  to another, his wife was supposed to be there too.  He

18  said he has very specifically 61 pages --

19          MS. WORTMAN:  I was supposed to be at a pizza

20  store?

21          MS. SILVER:  -- 61 pages of documents including

22  my health records --

23          MS. WORTMAN:  (Indiscernible).

24          MS. SILVER:  -- psychiatric evaluations, police

25  reports that probably could lead to the names of the cops

8

Proceedings

1   who was in front of my house that morning of May 27,

2   2012.  I have known him for a very long time.

3          And that's --

4          MR. WORTMAN:  Why were the cops there?

5          MS. SILVER:  -- to me, your Honor, that's not

6   really relevant.  The fact is that they were served,

7   personally served on December 26th of 2017 -- 2016, I

8   apologize, by Mr. Gottlieb, personally served each, a

9   motion -- no, to produce the documents -- a subpoena to

10  produce the documents.

11         So what happened was Susan Wortman said --

12  excuse my language, she goes, "What is this shit?"  And

13  she threw the papers in his face.

14         MS. WORTMAN:  I threw them on the floor, Ms.

15  Silver.

16         MS. SILVER:  She evaded service.  She lied --

17         MS. WORTMAN:  I have never thrown --

18         MS. SILVER:  -- and also, she evaded service

19  and -- okay.

20         MS. WORTMAN:  I threw them on the floor.

21         THE COURT:  Okay.

22         MS. SILVER:  Okay.  I'm a licensed process

23  server, your Honor, and anything --

24         MR. WORTMAN:  I was there.  She never threw a

25  paper.

9

                         Proceedings

1            MS. SILVER:  -- that disrupts service --

2            THE COURT:  Okay.

3            MS. SILVER:  -- it's not -- it's not relevant.

4    Okay.  So then what happened was --

5            THE COURT:  I just want to know what the

6    documents are that you're looking for and whether or not

7    these individuals have them, that's it.

8            MR. WORTMAN:  Your Honor, your recent --

9            THE COURT:  That's all I want to know.

10           MR. WORTMAN:  Your Honor, may I --

11           MS. SILVER:  Victor Wortman on the recorded

12   phone line --

13           MR. WORTMAN:  -- interrupt for a second?

14           MS. SILVER:  -- telling me he has them.  He's

15   very adamant.  I was supposed to meet him at a pizza

16   place in New Hyde Park at around February 16th.  So he

17   told me --

18           MR. WORTMAN:  At a pizza place?  Why would I go

19   to New Hyde Park?

20           MS. SILVER:  -- he told me that they were very

21   relevant to my case.  He said he specifically named the

22   pages and all I want are my documents.  I don't want to

23   hold anybody in contempt and that's all I am asking for

24   and they didn't answer -- you know, they violated an

25   order.

10

Proceedings

 1          THE COURT:  Okay.  The only basis you have for
 2   thinking that Mrs. Wortman has them is because she is
 3   married to Victor Wortman, is that right?
 4          MS. SILVER:  Because she lives in the house and
 5   he said that he's very adamant and I have known him for
 6   over 15 years, your Honor.  And he --
 7          THE COURT:  Okay.  But --
 8          MS. SILVER:  -- said that they were found on
 9   his door stoop.  But he doesn't -- I know him for a very
10   long time.
11          THE COURT:  -- from your own admission, he was
12   the one who had them.  there's no indication that Mrs.
13   Wortman had them or had any control over them or had any
14   knowledge of them, at least from what you're telling me.
15          MS. SILVER:  I don't believe she doesn't have
16   any knowledge of them because an hour and a half phone
17   conversation that I had with her on the day after
18   Mother's Day, she said to me, she's a crazy, honest to
19   God, goody two shoes and she told me that she looked in
20   the house.  She couldn't find them.  That doesn't mean
21   she doesn't have knowledge of them.
22          And also, what happens, your Honor --
23          MS. WORTMAN:  I do not have knowledge from
24   them.
25          MS. SILVER:  -- if Mrs. Wortman found them on

11

Proceedings

1  the door stoop?  I can't take that -- I mean, they're

2  important documents that could be incriminating me.  And

3  then she told me they're in the Bay Terrace Jewish

4  Center.  So --

5          MS. WORTMAN:  No, I didn't, Jackie.

6          MR. WORTMAN:  That's a lie.

7          MS. SILVER:  So that's what I have to do.

8  That's what I have --

9          MS. WORTMAN:  I told you -- no, Jackie, you

10 don't --

11         MS. SILVER:  -- I have her on recorded phone

12 lines.

13         MS. WORTMAN:  -- if you have me recorded, then

14 play it because what I said to you, Jackie --

15         MS. SILVER:  Your Honor, can I please finish?

16         MS. WORTMAN:  -- these are my exact words is

17 that they're not in my house.  They're either in his car

18 or maybe the Bay Terrace Jewish Center.

19         MS. SILVER:  She never said that.  I object

20 that.  She never said that they are in his car.

21         MS. WORTMAN:  That is what I said.

22         MS. SILVER:  She never said that, your Honor.

23         MR. WORTMAN:  That's if they exist.

24         THE COURT:  All right.

25         MS. SILVER:  Can I please finish what I need to

12

Proceedings

1    say, your Honor.

2              THE COURT:  This is a very simple issue.

3              MR. WORTMAN:  What happened when you called the

4    temple?

5              MS. SILVER:  But the bottom line is, your

6    Honor --

7              THE COURT:  This is a very simple issue.

8              MS. SILVER:  -- they didn't answer a subpoena.

9    Their time has passed.

10             THE COURT:  She has told you multiple times she

11   doesn't have the documents.

12             MS. SILVER:  But that's three months later,

13   four months later.

14             THE COURT:  Well, it's passed at this point.

15   What's the difference?

16             MS. SILVER:  Could you -- could you get her

17   under oath saying that she doesn't have -- she has no

18   knowledge --

19             THE COURT:  I've already done that at the

20   conference that you failed to show up for.

21             MR. WORTMAN:  You didn't show up and you told

22   me not to come and you're going to lie and you're going

23   to say --

24             MS. SILVER:  That's not true.

25             MR. WORTMAN:  -- that I threatened you.

13

Proceedings

1          MS. SILVER:  I never said that.

2          MR. WORTMAN:  Did I threaten you?

3          MS. SILVER:  I never said that, your Honor.

4          THE COURT:  I don't care.

5          MR. WORTMAN:  I never said that like --

6          THE COURT:  I don't see any reason why --

7          MR. WORTMAN:  -- the rest of this is true.

8          THE COURT:  -- Mrs. Wortman should be held in

9  contempt.  I am denying that motion.  Mrs. Wortman, you

10 are free to leave the call.

11         MS. WORTMAN:  Thank you so much, your Honor.

12         MS. SILVER:  Well, what about the motion to

13 strike?

14         MS. WORTMAN:  Thank you.

15 (Mrs. Wortman excused)

16         MS. SILVER:  What about the motion to strike

17 the letter?

18         MR. WORTMAN:  Your Honor --

19         THE COURT:  Nope.

20         MR. WORTMAN:  -- may I just state one thing?

21         MS. SILVER:  She put in a letter ex parte all

22 about lies about me.  How is she allowed to do an ex

23 parte letter?

24         MR. WORTMAN:  No.

25         THE COURT:  It's not ex parte.

14

Proceedings

1          MR. WORTMAN:  No.

2          THE COURT:  It's filed on the docket.

3          MS. SILVER:  I didn't get served, your Honor.

4          THE COURT:  That's too bad.  You are a party in

5    this case.

6          MR. WORTMAN:  You're doing this for twenty

7    years.

8          THE COURT:  You are responsible for monitoring

9    the docket.

10          MR. WORTMAN:  Your Honor, I must tell you

11    something.

12          MS. SILVER:  Yeah, but I get served --

13          MR. WORTMAN:  It's very important.  She

14    complained in her paper that I quickly read over, that

15    her lawyer is upset that we didn't have the courtesy to

16    call the lawyer back.  When I called the lawyer, the

17    lawyer said to me, "I have nothing to do with Jackie

18    Silver, and please do not call me on anything, and I

19    stress anything that has to do with Jackie Silver."

20          MS. SILVER:  And so did Alexander Fine (ph.),

21    his lawyer.  And he has a lawyer.  Where is his lawyer?

22    Why isn't his lawyer on the phone?

23          MR. WORTMAN:  She is a liar.

24          MS. SILVER:  He's a liar.

25          MR. WORTMAN:  And bordering psychopathic.

15

Proceedings

1          MS. SILVER:  Excuse me?  Excuse me, Victor?

2   You're the one that hallucinates.

3          MR. WORTMAN:  That's my opinion.

4          MS. SILVER:  You're the one that hallucinates.

5          MR. WORTMAN:  My unprofessional opinion.

6          MS. SILVER:  Listen, he is trying to, your

7   Honor -- your Honor, he is trying to find every which way

8   to get out of the --

9          THE COURT:  Look, all I want to know is whether

10  there's any documents.

11         MR. WORTMAN:  I should try.

12         MS. SILVER:  He has my documents.  I have a

13  phone -- can I play the phone recording?

14         THE COURT:  Do you have the recording?

15         MS. SILVER:  Yeah, but it's on -- I need to put

16  it on a speaker and (indiscernible) something.

17         THE COURT:  Mr. Wortman, do you have any

18  documents that you received, I don't care how, that

19  relate in any way to Ms. Silver's case?

20         MR. WORTMAN:  Your Honor, I swear, I swear on

21  everything that's good to me --

22         MS. SILVER:  He's a liar.  He's lying.

23         MR. WORTMAN:  -- I do not have a document.  I

24  never saw a document.  The reason I know about her

25  conditions and how many institutions she was in and out

16

Proceedings

1    of the last ten years --

2            MS. SILVER:  Excuse me.  How is he allowed to

3    say all of this?  This is not before you.

4            MR. WORTMAN:  -- has strictly to do with her

5    telling me everything and I kept on telling her, go to a

6    doctor, go to a psychiatrist.

7            MS. SILVER:  No, he didn't.

8            MR. WORTMAN:  No, I didn't?

9            MS. SILVER:  He had a three year relationship

10   with me.  No, he didn't.  I have documents.  I have texts

11   -- I have texts from him and I have e-mails from him,

12   your Honor.  Okay?

13           MR. WORTMAN:  That's when I told you, Sweetie,

14   don't threat.  Everything is going to work out.  We got

15   you money for rent.  I went and raised $12,000 for rent

16   and what happened was when it came to collecting the

17   rent, she wanted it in cash.  So all the people that were

18   involved in this loan said absolutely we're not going

19   through with this because we do not want to give her

20   cash.  It's going to go to the wrong thing.

21           MS. SILVER:  Your Honor, I object.  That's

22   not --

23           MR. WORTMAN:  That's why she lost that.

24           THE COURT:  Okay.  Look, we're going off

25   tangent here.

17

Proceedings

1          MS. SILVER:  To go off and say about my

2   psychological --

3          THE COURT:  Stop.

4          MS. SILVER:  -- you know, that's irrelevant.

5   That's really irrelevant.

6          THE COURT:  Stop.

7          MR. WORTMAN:  Everything that's --

8          THE COURT:  I just want to know --

9          MR. WORTMAN:  -- everything that's true is

10  irrelevant, right?

11          THE COURT:  -- is there any --

12          MS. SILVER:  He has them, your Honor.  I have

13  him on the tape.

14          THE COURT:  Okay.  Well, I haven't heard the

15  tape.

16          MR. WORTMAN:  Let me hear the tape.  Where do

17  you have the tape?

18          MS. SILVER:  I have it on a -- actually, I have

19  it on a flash drive.  I don't -- I couldn't bring

20  anything into the Court.  That's the problem.

21          MR. WORTMAN:  And since when do you go around

22  recording beforehand every -- you're just trying to set

23  people up.

24          MS. SILVER:  Okay.  I will just tell you what

25  he said and let him deny it, okay?

18

Proceedings

1    MR. WORTMAN: And I have some witnesses telling
2  me that you do this for a livelihood.

3    MS. SILVER: Your Honor, can I just read it?
4  Your Honor, can I just read it to you?

5    MR. WORTMAN: Did you kick your aunt out of her
6  house?

7    MS. SILVER: Your Honor, can I read it
8  verbatim?

9    MR. WORTMAN: Jackie, did you kick -- did you
10  kick your aunt out of the house?

11    MS. SILVER: What does this have to do with it,
12  your Honor? He didn't answer --

13    MR. WORTMAN: It shows who you are.

14    MS. SILVER: -- the subpoena. He should be
15  held in contempt.

16    MR. WORTMAN: It shows what you do.

17    THE COURT: Mr. Wortman --

18    MR. WORTMAN: You kicked your aunt out of the
19  house --

20    MS. SILVER: This is totally irrelevant.

21    MR. WORTMAN: -- when she let you sleep there
22  for two nights.

23    THE COURT: Okay.

24    MS. SILVER: This is ridiculous.

25    MR. WORTMAN: And you kicked her out and she

19

Proceedings

1   couldn't sell the house.

2        MS. SILVER:  Your Honor?

3        MR. WORTMAN:  Did you do that?

4        MS. SILVER:  Can I just -- can I just read

5   this?  Can I just read this to you, what he said?

6        THE COURT:  Is it the same thing that is in

7   your motion?

8        MS. SILVER:  Yeah, verbatim.

9        THE COURT:  So you don't --

10        MS. SILVER:  So I want him to --

11        THE COURT:  -- need to read it again.

12        MS. SILVER:  Yeah, but can't he -- he didn't

13   even oppose -- they didn't even oppose the motion.  I'm a

14   hundred percent sure he has my documents or Bay Terrace

15   Jews -- they're playing a shell game.

16        MR. WORTMAN:  You cannot call the Bay Terrace

17   Jewish Center.  You got a young thirteen year old girl

18   that answered the phone --

19        MS. SILVER:  He's throwing tangents --

20        MR. WORTMAN:  -- and you asked her whose penis

21   is larger.

22        MS. SILVER:  He's going off on tangents.  I

23   object to this.

24        MR. WORTMAN:  You cannot call the temple doing

25   things like that.  Now we have the tape and we have

Proceedings

1    everything we need to put you away for a long time.

2           MS. SILVER:  Your Honor, I object.  If he has

3    anything criminal against me, then I have a right to a

4    criminal lawyer and this is nothing -- this has nothing

5    to do with what's before you.

6           MR. WORTMAN:  There's a criminal case --

7           MS. SILVER:  He's evading -- he's evading --

8           MR. WORTMAN:  -- pending.

9           MS. SILVER:  -- he's trying not to give me my

10   documents.

11          MR. WORTMAN:  You were arrested by three

12   detectives a few weeks --

13          MS. SILVER:  Okay, this is irrelevant.

14          MR. WORTMAN:  -- a few nights ago.

15          THE COURT:  I just want to know whether there's

16   any documents, Mr. Wortman.

17          MS. SILVER:  Your Honor, this is irrelevant.

18          THE COURT:  That's it.

19          MS. SILVER:  He's -- he's defaming me.

20          MR. WORTMAN:  Your Honor, I swear on everything

21   that is good to me --

22          MS. SILVER:  He's lying.

23          MR. WORTMAN:  -- I never saw a document.

24          MS. SILVER:  He's lying.

25          MR. WORTMAN:  I never had a document.  This is

21

Proceedings

1  just one of the sinister ways that this person operates.

2  She's trying to get money obviously.  And she's done this

3  before in many different cases.  She told me about a

4  sexual harassment case and how she twisted in it and how

5  she twisted out of it.

6          MS. SILVER:  What is he talking about?

7          MR. WORTMAN:  I mean this was scary.  I got a

8  friend to call from my bookkeeper at the temple that this

9  girl that says she's your friend and she's going through

10 your garbage.  Jackie, who was that person that was going

11 through my garbage?

12         MS. SILVER:  Your Honor, I object to all this.

13 This is not what is before you.

14         MR. WORTMAN:  And may I remind you, Jackie, you

15 told me why you're going through my garbage.  You said

16 you lost your watch in my office.

17         MS. SILVER:  And do you want me to start

18 telling you what he did?  I mean, this is irrelevant.  I

19 am not going to -- this is totally irrelevant.

20         MR. WORTMAN:  It shows who you are.  It shows

21 what you are.  It shows what you're made up of and we're

22 asking you, tell me what you need to stop this.

23         MS. SILVER:  I need my documents, Mr. Wortman,

24 that are in your possession.

25         MR. WORTMAN:  I just told you, there are no

22

Proceedings

1   documents.  That was a play.  There is no documents.

2          MS. SILVER:  A play for what --

3          MR. WORTMAN:  You played it.

4          MS. SILVER:  -- Victor?

5          MR. WORTMAN:  Because you wanted to hold onto

6   me.

7          MS. SILVER:  Yeah, right, right.  I have all of

8   the texts from you, Victor.  Meet me at the office.  You

9   want me to go into it?  I have a whole thing.  I am going

10  to give it to the court.

11         MR. WORTMAN:  There's a long thing between meet

12  me at the office --

13         MS. SILVER:  -- you're sexy and delicious.

14         MR. WORTMAN:  -- because I am trying to find

15  out how you know my children's address.  Do you know that

16  I haven't seen my grandchildren in weeks because of you?

17         MS. SILVER:  All right.  Your Honor, this is --

18  your Honor, I want my documents.  That's all I am asking

19  for.  He didn't answer the subpoenas.  He never answered

20  anything.  He should be held in contempt and I want --

21         MR. WORTMAN:  I didn't answer the subpoena

22  because --

23         MS. SILVER:  -- I want monetary sanctions.  I

24  am asking for monetary sanctions.  This isn't right.

25  There's no reason why he shouldn't answer a subpoena.

23

Proceedings

1      MS. FITZGIBBON:  If I may, your Honor?

2      MS. SILVER:  Can I --

3      MS. FITZGIBBON:  Defendants would ask that -- I

4  mean, I know your Honor has asked plaintiff to identify

5  the documents but defendants would ask the plaintiff to

6  identify any documents that Victor Wortman might have

7  that would not have been available to plaintiff via a

8  FOIL request or a request to any agency of the City of

9  New York or any request that would go through proper

10  channels to identify these John Doe officers because I

11  believe this whole issue of plaintiff's due diligence has

12  now devolved into what appears to be a personal vendetta.

13      MS. SILVER:  That's not true.

14      MR. WORTMAN:  That's what it is.

15      MS. SILVER:  No, that's not.

16      THE COURT:  I have to agree.  I don't see any

17  relevance to any of this stuff.

18      MR. WORTMAN:  Your Honor?

19      THE COURT:  Motion is denied.  Mr. Wortman,

20  you're free to go.

21      MS. SILVER:  That's not right.

22      MR. WORTMAN:  Your Honor, I give $1,000 a year

23  to the --

24      MS. SILVER:  You're letting him go and on.

25      MR. WORTMAN:  -- police department, $1,000.  I

24

Proceedings

1  am not a rich person because of the work that they do.

2          MS. SILVER:  Why are you letting him speak?  I

3  don't understand this.

4          MR. WORTMAN:  And I can't understand how --

5          THE COURT:  I let you speak too.

6          MR. WORTMAN:  -- in the world am I --

7          MS. SILVER:  I didn't say anything I had to say

8  -- I could bash him, too.

9          MR. WORTMAN:  -- tied into police.

10          MS. SILVER:  How we had a three year

11  relationship with me.

12          MR. WORTMAN:  Suing police?  How could you sue

13  policemen?

14          MS. SILVER:  Your Honor, he has my documents.

15          MR. WORTMAN:  Documents.  I told you I don't

16  know what document is --

17          MS. SILVER:  I have him on a recorded phone

18  line.

19          THE COURT:  Well --

20          MR. WORTMAN:  By the way, do I also know your

21  sister?

22          MS. SILVER:  And I didn't say it -- your Honor,

23  I didn't say it.  I said it's relevant to the case.  I

24  never said it's relevance to the diligence.  The

25  diligence is --

25

Proceedings

1          MR. WORTMAN:  Do I know your sister?

2          THE COURT:  That's the only issue in the case.

3          MR. WORTMAN:  How many times did you text me,

4     how come I am carrying on with your sister?

5          MS. SILVER:  I understand but Honorable Ross in

6     January came back and she said that she wants me to do a

7     limited discovery based upon what my -- limited discovery

8     based upon my diligence and again -- this already -- the

9     motion was already served on them.

10          THE COURT:  The only thing that you've said is

11     that you basically -- you never had these documents.

12     Right?

13          MS. SILVER:  He had -- he never gave them to

14     me.

15          THE COURT:  For how many years have you not had

16     these documents and did you take any other steps to try

17     to identify who the police officers were?  Did you make a

18     FOIA request?  Did you --

19          MS. SILVER:  I asked Honorable Ross if I could

20     have a two week extension.

21          MR. WORTMAN:  No.

22          THE COURT:  No, no, no.  I am not talking about

23     now.  I am talking about back when this happened.

24          MS. SILVER:  Yeah, I have--

25          THE COURT:  Within the statute of

26

Proceedings

1    limitations --

2           MS. SILVER:  I'm collecting all of my

3    information.  I am almost done -- I'm almost done with my

4    diligence or --

5           MR. WORTMAN:  Seven years.

6           MS. SILVER:  I need like another week.

7           THE COURT:  Okay.

8           MR. WORTMAN:  Jackie?

9           THE COURT:  There's been --

10          MS. SILVER:  The City --

11          THE COURT:  -- I don't --

12          MS. SILVER:  -- but the City, your Honor --

13          MR. WORTMAN:  -- did my mother-in-law --

14          THE COURT:  -- understand in any way what these

15   documents will do to help your --

16          MS. SILVER: Because they go to --

17          THE COURT:  -- establishment of diligence.

18          MS. SILVER:  -- I know him for 15 years.  He

19   told me that --

20          THE COURT:  But you don't know what the

21   documents are.

22          MR. WORTMAN:  I also don't because --

23          MS. SILVER:  So now he has them.

24          MR. WORTMAN:  -- I never saw them.

25          MS. SILVER:  He's lying.  He's lying.

                            Proceedings

1            THE COURT:  Even if he has the documents now,

2   what are they going to do for you?

3            MS. SILVER:  It's relevant to the case.

4            THE COURT:  It doesn't matter.

5            MR. WORTMAN:  What case?

6            THE COURT:  The only issue in the case is

7   whether or not you were diligent during the statute of

8   limitations period in identifying who the officers were.

9   That's the only issue.

10           MS. SILVER:  Well, if the case goes forward,

11  your Honor --

12           MR. WORTMAN:  How could you sue police?  How

13  could you sue police?  Jackie, where do you live?

14           MS. SILVER:  If your case goes forward --

15           THE COURT:  We'll talk to that when we get

16  to -- Mr. Wortman --

17           MS. SILVER:  But I don't understand something.

18  Can I ask you a question, okay?

19           THE COURT:  What?

20           MS. SILVER:  They were served the motion,

21  right, contempt?  I mean the subpoena.  Right?  If you

22  don't answer by a certain time, it gets waived.  So Susan

23  Wortman waived any of her rights to answer the subpoena.

24           THE COURT:  If she doesn't have the documents,

25  how can she comply with it?

28

Proceedings

1          MS. SILVER:  But that's six months ago.  Six

2   months ago.

3          MR. WORTMAN:  We're looking for the truth.

4          MS. SILVER:  She didn't tell me anything.

5          MR. WORTMAN:  We are not looking for what's

6   hidden.

7          MS. SILVER:  I'm not a hundred percent sure.

8          MR. WORTMAN:  My mother-in-law -- and my

9   mother-in-law is not the one that made you lose all of

10  your cases.

11         MS. SILVER:  I think it would be incriminating

12  me.

13         MR. WORTMAN:  Do you remember that?  My mother-

14  in-law, the chief judge, who never stepped into court a

15  day in her life?

16         MS. SILVER:  This is another thing that -- in

17  other words -- I am a hundred percent sure that he has

18  the document -- well, you're letting him speak on

19  something that's totally irrelevant.  I don't understand.

20         THE COURT:  This whole issue is irrelevant.

21         MR. WORTMAN:  It's relevant because it shows

22  exactly what you're made up of and what you do.  You

23  actually sue police.

24         MS. SILVER:  Why are you letting him speak like

25  this?

29

Proceedings

1            THE COURT:  All right.  Mr. Wortman, that's

2   enough.

3            MS. SILVER:  He's telling you totally

4   irrelevant stuff and he's defaming my -- ruining my case.

5            MR. WORTMAN:  Your Honor, is there any way I

6   could get an order of protection from this --

7            MS. SILVER:  Excuse me?

8            THE COURT:  Not in this court.  If you want to

9   do that, you're going to --

10            MR. WORTMAN:  All right.

11            THE COURT:  -- have to go through other

12   channels.

13            MR. WORTMAN:  I am going to go through the

14   criminal --

15            MS. SILVER:  I object.  If they have any

16   criminal matters against me, I have a right to get a

17   criminal lawyer.

18            THE COURT:  No, you don't.

19            MS. SILVER:  Because --

20            THE COURT:  There's no criminal charges pending

21   against you in this court.

22            MS. SILVER:  I understand that but he's

23   discussing it then, it's the wrong court.

24            THE COURT:  Look, I just want to find out what

25   the story is with respect to these documents.

30

Proceedings

1        MS. SILVER:  He has my documents.  I am a
2   hundred percent sure.
3        THE COURT:  All right.  Well, he says he
4   doesn't and unless you can prove otherwise --
5        MS. SILVER:  I could.  I have to -- I have to
6   play it on a -- can I play it on my flash drive on a
7   computer?  I can't put anything to the Court.
8        MR. WORTMAN:  Bring the tapes.
9        MS. SILVER:  He goes, I have no use for them.
10   I could give them to you.  It's information that you
11   could use for your case.
12        THE COURT:  Look --
13        MR. WORTMAN:  You know that it has nothing.
14        MS. SILVER:  Police reports.  He says it's
15   doctor's reports .
16        MR. WORTMAN:  I wanted to know how you know my
17   kid's address and why I can't see my children.
18        MS. SILVER:  What is this irrelevant (sic) -- I
19   object.  This is not even irrelevant.  He's rambling on
20   and on and on, on tangents.
21        MR. WORTMAN:  It shows who you are and what you
22   are.
23        MS. SILVER:  That has nothing to do with this,
24   your Honor.
25        MR. WORTMAN:  And you're going to get arrested

31

Proceedings

1  again if you come to the --

2           MS. SILVER:  Can I ask --

3           MR. WORTMAN:  -- house tonight.

4           MS. SILVER:  -- can I ask you a question?

5           MR. WORTMAN:  Jackie, if you come to my

6  house --

7           MS. SILVER:  He's delusional.

8           MR. WORTMAN:  Jackie, if you come to my house

9  tonight --

10          MS. SILVER:  He's delusional.

11          MR. WORTMAN:  -- I have the detectives waiting.

12  They're going to arrest you again.

13          MS. SILVER:  He's delusional, your Honor.

14          THE COURT:  Look, I just want to know you have

15  a tape that says he --

16          MS. SILVER:  I don't -- I have everything.  I

17  have a flash drive.  I put in my contempt motion back in

18  March and it wasn't even answered.

19          MR. WORTMAN:  Let me guess, it got erased.

20  Right?

21          MS. SILVER:  I have it.

22          MR. WORTMAN:  Oh, sure.

23          MS. SILVER:  I have a couple of things here.

24          MR. WORTMAN:  Where are they?

25          MS. SILVER:  But I can't bring anything into

32

Proceedings

1  the courthouse.

2          MR. WORTMAN:  You're in court now.

3          MS. SILVER:  That's the problem.

4          THE COURT:  I thought you just said you had it.

5          MS. SILVER:  No, I said I can't bring like my

6  netbook or anything, my tablet.

7          THE COURT:  Do you have the --

8          MS. SILVER:  I have it --

9          THE COURT:  -- flash drive?

10         MS. SILVER:  I have it on here.

11         THE COURT:  What's that?

12         MS. SILVER:  It's an MP3 player.

13         MR. WORTMAN:  I don't even know what that

14 means.  And why do you go around recording people?

15         MS. SILVER:  And I have it on here.

16         MR. WORTMAN:  Are you allowed to just go around

17 for no reason, say hello to a person before you know

18 anything, and you're recording them?

19         MS. SILVER:  You know, Victor, you're saying

20 things that, you know what, that have -- are not

21 pertinent to the case.

22         MR. WORTMAN:  That's worse than suing the

23 police.

24         MS. SILVER:  Don't worry.  I'm suing you for

25 emotional distress, okay?  And defamation.

Proceedings

1          MR. WORTMAN:  I know you're going to do that.

2          MS. SILVER:  I know you have my documents,

3   Victor.

4          MR. WORTMAN:  But you better not come to my

5   house.

6          MS. SILVER:  Your wife harassed me.  She made

7   six phone calls back in May, okay, to my house -- to my

8   voicemail.

9          MR. WORTMAN:  No, she made seven.

10         MS. SILVER:  She said to me -- but, your Honor,

11  I don't even think Susan Wortman is credible because she

12  told me she is a goody two shoes and she's honest.

13  Meanwhile, she told me the documents are in the

14  synagogue.

15         MR. WORTMAN:  She told you they could be

16  anyplace including the synagogue.

17         MS. SILVER:  You don't know, Victor.  You

18  weren't there.  He didn't hear the conversation.

19         MR. WORTMAN:  And you must watch your language.

20  I was in the building --

21         THE COURT:  I still have no idea --

22         MR. WORTMAN:  -- when this conversation took

23  place and you spoke to me and I told you, how could you

24  say that to a thirteen year old girl?

25         MS. SILVER:  Your Honor, the documents are

34

Proceedings

1    relevant to my case.

2              MR. WORTMAN:  You're going to get arrested.

3              MS. SILVER:  No, the documents are relevant to

4    my case.

5              MR. WORTMAN:  You know what your answer to me

6    was?

7              THE COURT:  Are these documents --

8              MR. WORTMAN:  Your answer to me was you're not

9    going to get arrested because you have mental illness.

10             MS. SILVER:  Why don't you ask him --

11             MR. WORTMAN:  Who said that?

12             MS. SILVER:  -- why don't you ask him --

13             THE COURT:  Mr. Wortman, have you ever had any

14   documents related to Ms. Silver?

15             MR. WORTMAN:  Zero, not even anything close.

16             MS. SILVER:  So, what -- can I ask some

17   questions?

18             THE COURT:  What are these documents supposed

19   to be?

20             MS. SILVER:  Are you asking me or him?

21             MR. WORTMAN:  I wish I knew.

22             THE COURT:  You.

23             MS. SILVER:  Okay.  He told me -- that's what I

24   am not clear about.  All he said to me was -- and he was

25   very adamant, and he told me we'll meet and he'll give

35

Proceedings

1   them to me.

2          MR. WORTMAN:  That wasn't the question, I think

3   your Honor asked you.

4          MS. SILVER:  He said there's 61 pages.  Your

5   Honor, I swear to God on my life, I am under oath.  I

6   have no reason to lie.  This has been going on for eight

7   months.  It's ruining my case.  I can't sleep at night.

8   This is like ruining my case.

9          THE COURT: I still have no idea what these

10  documents --

11         MS. SILVER:  Okay.

12         THE COURT:  -- are supposed to prove.

13         MS. SILVER:  There's 61 pages, he told me of

14  medical records, of things about me that I would have

15  never believed he said, and he said there's police

16  reports in there.  I have known him for sixteen years.

17  When my sister had me -- you know, I went to a mental --

18  in the hospital on May 27th, 2012, he told me he will

19  help me out.  And he said to me maybe we can find out on

20  the police report and I thought maybe it could lead to

21  the police, who the police were.

22         THE COURT:  Why couldn't you just ask for the

23  police report from the police?

24         MR. WORTMAN:  Because you presented a totally

25  different thing to me.

36

Proceedings

1          MS. SILVER:  Because at the time -- this was --

2    at the time, I didn't even have a case going yet.  I've

3    known him for a year, I confided in him.  But what I am

4    not understanding, if I have him on tape, how could he

5    say he is lying?  I have no reason to make this up, your

6    Honor.  I don't have a mental illness, thank  God.  Okay?

7    He hallucinates, by the way, he told me and I'll get -- I

8    will pull his records.

9          MR. WORTMAN:  I what?

10          MS. SILVER:  He -- you hallucinate, you told

11    me.  Okay?  You have multiple sclerosis.

12          THE COURT:  Okay.

13          MR. WORTMAN:  What's this thing that you

14    started a rumor --

15          THE COURT:  Unless you can explain to me why

16    these documents are at all relevant to the sole issue in

17    this case at this point, which is whether or not you

18    exercised due diligence in identifying the police

19    officers during the statute of limitations period, I just

20    -- this is a waste of everyone's time.  Even if he had

21    records that might be tangentially related to your case,

22    it doesn't explain to me why getting those records now

23    would have anything to do with proving diligence.

24          MS. SILVER:  Because, I told you, it's a minute

25    part of it.  It's not the whole thing.

37

Proceedings

1          THE COURT:  But how?  You haven't explained --

2   you said it's part of it, but you haven't explained how.

3          MS. SILVER:  And, your Honor, if I get the

4   documents that he has in his possession that Bay Terrace

5   Jewish Center has, I mean, then maybe I could tell you

6   exactly but he is very general about it.  What I could

7   tell you is he knows detectives, as he just said.

8          MR. WORTMAN:  The Bay  Terrace Jewish Center

9   has a thousand members --

10          MS. SILVER:  He knows detectives.  He knows a

11   lot of people.  He's a cantor in a synagogue.

12          MR. WORTMAN:  Your Honor --

13          MS. SILVER:  He told me could help me out --

14          MR. WORTMAN:  -- there are a thousand people in

15   that synagogue.

16          MS. SILVER:  -- because the Queens Supreme

17   Court, the one I had in the Queens Supreme Court, your

18   Honor, is related to this.

19          MR. WORTMAN:  And I have been there for 47

20   years.

21          MS. SILVER:  Whatever I did for the Queens

22   Supreme Court, I did for this one, too.  That's what I

23   did.  So he helped me out when his sister put --

24          MR. WORTMAN:  And now I have to listen to

25   someone suing police.

38

Proceedings

1      MS. SILVER:  Could he -- I mean, I need -- I

2  can't speak over him.  He had his time to talk.  I mean,

3  the only way as I put in two motions, one, I mean, I did

4  one in March and it was never answered and I asked for a

5  ruling --

6      MR. WORTMAN:  What did my lawyer tell you?

7  Waste your paper.

8      MS. SILVER:  -- and then I asked you -- I asked

9  -- I put it all in the letter twice.  I mean, all I could

10 tell you, your Honor, is that what I have what he told

11 me.  I mean, isn't that enough evidence?

12     MR. WORTMAN:  I have what you told me.

13     MS. SILVER:  I don't really -- I am not --

14     THE COURT:  I have what you wrote but I don't

15 have a tape.  I haven't heard anything.

16     MS. SILVER:  Well, how am I supposed to do

17 that?  I can't bring anything into the Court.

18     MR. WORTMAN:  I thought you said you had a

19 tape.

20     MS. SILVER:  I could tell you exactly where it

21 is.

22     MR. WORTMAN:  That's hearsay.  I want to see

23 the tape because if there's a tape like that, that means

24 you doctored it.

25     MS. SILVER:  Okay, Victor --

39

Proceedings

1          MR. WORTMAN:  And you are going to go to

2     prison.

3          MS. SILVER:  -- you never -- you never --

4     you're under oath now.  You never told me anything about

5     any documents.

6          MR. WORTMAN:  Not a word other than denying

7     that I have them.

8          MS. SILVER:  Yes, because he -- your Honor, he

9     hallucinates.

10         MR. WORTMAN:  And also denying that my mother-

11    in-law is the chief judge.

12         MS. SILVER:  He hallucinates.  What does --

13         MR. WORTMAN:  Were you hallucinating then?

14         MS. SILVER:  -- this have to do with it?  He's

15    going off on tangents.

16         THE COURT:  I don't know.  Give me the tape if

17    you got it.

18         MS. SILVER:  I have an MP3 -- I have it on an

19    MP3 player and I have it on a --

20         MR. WORTMAN:  You're liable to go home now and

21    create a tape.  And please don't come to my house.

22         MS. SILVER:  I agree with you, your Honor.

23    This --

24         MR. WORTMAN:  I want to see my grandchildren.

25         MS. SILVER:  Your Honor, I agree.  It's wasting

40

Proceedings

1    your time and I just want to get on with my case, too.  I

2    mean, I don't -- why would I lie?

3              MR. WORTMAN:  And did I threaten you not to go

4    to the judge?  Be honest.  Did I threaten you?

5              MS. SILVER:  You got to put it on speaker

6    (indiscernible).

7              THE CLERK:  (Indiscernible).

8              MR. WORTMAN:  Your Honor, may I ask if I could

9    get anything written that we participated in this

10   conversation and that we hopefully concluded.

11             MS. SILVER:  Can I come over there?

12             THE CLERK:  No, just hold on.  It may not

13   (indiscernible) here.

14             THE COURT:  Just one second.  I am going to see

15   if this tape can be played.

16             MS. SILVER:  I can tell you exactly where it

17   is, where he said it.

18             MS. FITZGIBBON:  For the record, your Honor,

19   defendants state an objection to the playing of this

20   recording.  It has no relevance to the case or

21   plaintiff's diligence.  She hasn't identified any

22   relevance to the diligence or identified any -- how this

23   would have helped her identify the John Does, which is

24   the sole issue of discovery at this point.

25             THE COURT:  The objection is noted.  Let's see

Transcriptions Plus II, Inc.

41

Proceedings

1   if we can get it to play and see what it does, if

2   anything.

3           MS. SILVER:  Okay.  I have an objection.  I

4   want to just (indiscernible) to your attention, your

5   Honor.  You did tell me I could renew the motion.  That's

6   what I did, I renewed the motion.

7           THE COURT:  Uh-hum.

8           THE CLERK:  Do you know what the name of this

9   device is?

10          MS. SILVER:  Do I know where it is?

11          THE CLERK:  No, the name of the device, the

12  flash drive.

13          MS. SILVER:  Oh, I think it's under

14  (indiscernible).  I think it's SanDisk or -- did this

15  plug this into a computer with a flash -- a disk?

16          THE COURT:  Yeah, I think there's errors on the

17  drive.

18          MS. SILVER:  You can't open it?  Because

19  normally it says (indiscernible) I just open it.  I don't

20  want to get a virus now.

21          THE COURT:  There's a (indiscernible) folder.

22  What is it under?

23          MS. SILVER:  It should say -- oh, you mean VW,

24  it's a long name -- VW, maybe.

25          THE COURT:  There's a Word document but there's

42

Proceedings

1  no --

2          MS. SILVER:  I guess I can't look at it, right?

3          THE COURT:  You don't know what (indiscernible)

4  drive (indiscernible)?

5          MS. SILVER:  What do you got there because I

6  can't --

7          THE COURT:  Just like (indiscernible).

8          THE CLERK:  (Indiscernible).

9          MS. SILVER:  How about it's -- I have a

10 flash --

11         THE CLERK:  There's field sheets, clips 2015,

12 (indiscernible).  These are all folders.

13         MS. SILVER:  Yeah, if you want to read it, I

14 could tell you.

15         THE CLERK:  So there's -- what do you want,

16 folders?

17         MS. SILVER:  HP stands of my process serving.

18 The field sheets are my process serving.

19         THE CLERK:  No, it says -- but which folder

20 ma'am?

21         MS. SILVER:  What's the last one, ma'am?

22 What's the last one on the -- I might have put it into a

23 folder.

24         THE CLERK:  Do you know what the file is

25 called?

43

Proceedings

1        MS. SILVER:  I don't think I put it into a

2   file.  It might have -- is there something that -- the

3   last one on the --

4        MR. WORTMAN:  Oh, this is so frivolous.

5        THE COURT:  (Indiscernible).  So why don't you

6   just come over here, so you can identify which file this

7   is supposed to be under.

8        MS. SILVER:  (Indiscernible) computer, I can

9   put it on here.  I know exactly where it is.

10       MR. WORTMAN:  All I did was try and help.

11       MS. SILVER:  Okay.  Go to (indiscernible).

12  (indiscernible) everything.  Where he accuses me of

13  vandalizing his car.

14       THE CLERK:  Can we see the bottom of the

15  (indiscernible).

16       MR. WORTMAN:  I have a tape of that, Jackie.  I

17  am holding that for the criminal case.

18  (Pause)

19       MR. WORTMAN:  Hello?  Hello?

20       THE CLERK:  Nothing is playing.

21       MR. WORTMAN:  Your Honor?

22       THE COURT:  There's nothing going on?

23       MR. WORTMAN:  Your Honor?

24       THE COURT:  Yeah.

25       MR. WORTMAN:  Am I still on?

44

Proceedings

1          THE COURT:  Yes.

2          MR. WORTMAN:  There's a terrible echo.

3          THE COURT:  Is that any better?

4          MR. WORTMAN:  Much better.

5          THE COURT:  Uh-hum.

6          MR. WORTMAN:  I hear myself like twice but

7    that's okay.

8          THE CLERK:  I think it might be this one here

9    not putting sound out because I am not even sure if this

10   is hooked up to the speaker.

11         THE COURT:  I could try it on mine.

12         THE CLERK:  Do you need the drive?

13         THE COURT:  Yeah, let me have the drive.

14   (Pause)

15   (Recoding played)

16         MS. SILVER:  I left messages but this is not

17   the file.

18         THE COURT:  Is this the right file or --

19   (Recoding played)

20         MS. SILVER:  This is not it.  This it not

21   right.

22         THE CLERK:  She said it's not right.

23   (Recoding played)

24         MS. SILVER:  No, those are just phone messages

25   I kept of him.  It's definite here.

45

Proceedings

1        THE COURT:  I don't know if that will work.
2   Let me see.
3        MS. SILVER:  Sorry.  If I had my netbook, I
4   could show it.
5        MR. WORTMAN:  Your Honor?
6        MS. SILVER:  Oh, it's not coming up?
7        THE COURT:  No.
8        MR. WORTMAN:  Your Honor?
9        THE COURT:  Yes.  Go ahead.
10        MR. WORTMAN:  She spends hours doctoring tapes.
11   Yes becomes no.  No becomes yes.  I've seen it with my
12   own eyes and when I asked her if she said she's not
13   worried about that because of mental illness.
14        MS. SILVER:  Victor, what does this have to do
15   with anything?
16        MR. WORTMAN:  I have the date, the time.  I
17   saved a lot of papers after I got good advice from the
18   local police station.  They can't believe I'm being sued
19   and I'm made part of it.  I go to the community meetings.
20   I go to all the various -- many functions and for my name
21   to appear suing the -- the police is a defamation.  I
22   wish there was a way to strike all of that.
23        MS. SILVER:  I don't know how to do it -- I
24   don't have my netbook.  If I had my netbook, I would put
25   it on.

46

Proceedings

1      THE COURT:  Look, I still -- there's nothing
2 here but -- look, I still haven't heard any particular
3 reason why these documents, even if they exist, would go
4 to the sole issue that's before the Court.
5      MS. SILVER:  But the documents -- I didn't
6 subpoena Mr. and Mrs. Wortman in December.  The
7 diligence, your Honor, as I told Judge Ross, wasn't even
8 -- wasn't even in question yet.  She didn't even -- when
9 Kaitlin did her motion to dismiss on that grounds --
10      THE COURT:  The only issue at this point that's
11 still outstanding is diligence.  If you can't establish
12 diligence --
13      MS. SILVER:  Right, but --
14      THE COURT:  -- then the rest of the case is
15 being dismissed for statute of limitations violations.
16 So there are no other --
17      MS. SILVER:  Well, I thought --
18      THE COURT:  -- there are no other issues that
19 need to be explored until that initial issue of the
20 diligence --
21      MS. SILVER:  Right, I am --
22      THE COURT:  -- is dealt with.
23      MS. SILVER:  I asked Judge Ross for an
24 extension and I didn't get a response back.  I didn't --
25 I'm almost done.  I just need like a week.

47

Proceedings

1          THE COURT:  Okay.  I'll --

2          MR. WORTMAN:  And since when do you send a

3   subpoena answering to a P.O. Box?

4          MS. SILVER:  Well, that's what I am saying?  He

5   -- but what I am supposed to do?  He had -- I swear to

6   God, he has my documents.  I can't --

7          THE COURT:  But again, I don't understand that

8   the difference is -- let's assume you're right and he has

9   your documents, getting them now isn't going to help you

10  establish diligence.  Let's assume -- if you get past

11  that point and you want to litigate the rest of the case

12  and he has documents that might be relevant to the case,

13  then maybe we have something to talk about but if the

14  only issue is whether or not you diligently pursued the

15  case, I don't see how getting those documents now, years

16  after the fact, is going to save you one way or the

17  other.

18          MS. SILVER:  Well --

19          THE COURT:  You can certainly put into your

20  motion what efforts you took to get these documents but

21  if you don't know what they are and you don't know, you

22  know, when they were in existence and how they would have

23  helped you back then, I just don't know how you're going

24  to be able to establish diligence with respect to

25  anything having to do with these documents.  I don't see

48

Proceedings

1   how it helps you at all.

2         MS. SILVER:  Well, I am trying to explain to

3   you that Ms. -- Judge Ross, when she did the -- when she

4   did the motion -- when she did the motion to dismiss back

5   in December --

6         THE COURT:  Uh-hum.

7         MS. SILVER:  -- not it's earlier, it was after

8   January, I already served him with a subpoena.

9         THE COURT:  Okay.

10        MS. SILVER:  So what I am not understanding,

11  why are they getting special treatment?  Forget about the

12  diligence -- forget about the documents that he has -- I

13  know he has them, okay, but when -- if I am right.

14        First of all, I want to ask you, motion

15  practice, isn't motion practice a motion, right, and then

16  opposing papers and then reply, is that correct?  It --

17        THE COURT:  It depends on the motion.

18        MS. SILVER:  Okay.

19        THE COURT:  Why?

20        MS. SILVER:  I did a motion to hold him in

21  contempt.  They have a certain amount of time per the

22  Federal  Rules of Civil Procedure 45, number C.

23        THE COURT:  Yeah, but they're a nonparty and

24  they're not represented by counsel.  So the rules are

25  much different.

49

Proceedings

1    MS. SILVER:  Well, Victor Wortman was adamant

2 about -- I mean, our conversation I had with him, I

3 didn't even -- he's talking on and on and on.  I can

4 stand here and talk on and on too.  He was adamant.  He

5 said him and Susan Wortman are represented by counsel.

6 He has an attorney.

7    THE COURT:  Well, they're not represented in

8 this case.

9    MS. SILVER:  But any subpoena is usually a

10 nonparty.

11    THE COURT:  No, not necessarily.

12    MS. SILVER:  But I read -- I read with nonparty

13 subpoenas in the Federal Rules of Civil Procedure and on

14 the manual, the pro se manual, this is how this Court

15 works.  I mean, how are they -- they should be held -- I

16 want the monetary stage, look what they put me through

17 for eight months.   They didn't answer, your Honor.

18 Victor Wortman never answered the subpoena.  Could you

19 ask him why?  I want to know why he never answered it.

20 Can I ask him?

21    MR. WORTMAN:  It's not relevant.  And also, I

22 probably --

23    MS. SILVER:  It is relevant.

24    MR. WORTMAN:  -- sent it to your P.O. box.

25    MS. SILVER:  It is relevant.  Your Honor, I

50

Proceedings

1   swear to God, he did not answer.

2          MR. WORTMAN:  You've been sending me a hundred

3   papers a day.

4          MS. SILVER:  Their time to answer the subpoenas

5   have lapsed.  It should be waived.  This isn't fair to

6   me.  This isn't fair to me.

7          MR. WORTMAN:  And you have to stop playing --

8   you have to stop playing judge and lawyer.

9          MS. SILVER:  In Susan Wortman's letter, she is

10  harassing me.

11         MR. WORTMAN:  You're not.

12         MS. SILVER:  I have a right to oppose her

13  letter, don't I?

14         THE COURT:  I have enough of this.  This is a

15  complete rabbit hole.

16         MS. SILVER:  All right.  The bottom line is

17  they have -- I want to put this on the record, okay?

18         THE COURT:  You put whatever you want on the

19  record.

20         MS. SILVER:  Okay.  I want to just say it again

21  because this is -- I mean, I am the plaintiff.  I'm the

22  pro se.  I have a right to bring a -- to serve a subpoena

23  on anybody I feel has relevant documents to my case.  I

24  never said diligence.

25         THE COURT:  That's the only --

51

Proceedings

1          MR. WORTMAN:  Your Honor, this gives her an

2    open book.

3          MS. SILVER:  Judge Ross --

4          THE COURT:  -- issue --

5          MS. SILVER:  Okay.

6          THE COURT:  -- that's before this Court.

7    That's the only issue before the Court.  Anything else is

8    irrelevant at this point.

9          MS. SILVER:  So it's irrelevant that they

10   didn't answer a subpoena from eight months ago?

11         THE COURT:  We're dealing with that now.

12         MS. SILVER:  Right.  So they didn't answer the

13   subpoena.  I want -- I still want Susan Wortman.  I am

14   going to appeal it because --

15         MR. WORTMAN:  You never sent me anything.

16         MS. SILVER:  -- they have a certain amount of

17   time.

18         THE COURT:  All right.  Well --

19         MS. SILVER:  I am going to appeal it anyhow, so

20   because you know what?  They're not special and they're

21   nonparty subpoenas.  And actually, I am going to say

22   because he's saying irrelevant stuff, I -- as you know, I

23   am a licensed process server and I serve a lot of

24   subpoenas and I spoke to somebody who has a process

25   serving --

52

Proceedings

1     MR. WORTMAN:  Jackie, do you have your license
2  on you?

3     MS. SILVER:  -- association, your Honor.  And
4  they did -- he did say also that if you don't answer a
5  subpoena, especially when it's an amount of time, you're
6  held in contempt of court.  What --

7     MR. WORTMAN:  Then what did he tell me?

8     MS. SILVER:  -- why aren't they held in
9  contempt of court?

10     MR. WORTMAN:  I have nothing to do with Jackie
11  Silver.

12     MS. SILVER:  That's the Federal Rules of Civil
13  Procedure, number C, I don't understand it.  Why are they
14  any different?

15     THE COURT:  Because it is not automatic.  You
16  have to establish that they have what you're asking for.
17  They've said that they don't.

18     MS. SILVER:  No, you have to establish --

19     THE COURT:  You haven't established that.

20     MS. SILVER:  -- to obey the subpoena with a
21  reasonable --

22     THE COURT:  The answer is they don't have what
23  you're looking for.

24     MS. SILVER:  But what is -- what is eight
25  months?  He should have been subpoenaed -- he should have

53

Proceedings

1  been held in contempt months ago.  I gave him chances

2  after chances after chances.  He never answered it, your

3  Honor.

4            MR. WORTMAN:  You gave me a chance?

5            MS. SILVER:  I want to -- I want to --

6            MR. WORTMAN:  Which mind are you in now?

7            MS. SILVER:  I am going to appeal it because I

8  want monetary sanctions for  Victor and Susan.

9            THE COURT:  Okay.  Well --

10            MS. SILVER:  Look at what they put me through.

11            MR. WORTMAN:  Your Honor, I just don't --

12            THE COURT:  I think you're putting yourself

13  through this.

14            MR. WORTMAN:  -- want my grandchildren hurt.

15            THE COURT:  I don't think this is relevant at

16  all to the issue in the case.

17            MS. SILVER:  But they didn't answer the

18  subpoena.

19            THE COURT:  You've spent months pursuing this

20  and it's not helping you in any way.

21            MS. SILVER:  Because he has my documents.

22            THE COURT:  The documents are not going to help

23  you at this point.

24            MS. SILVER:  But you don't know that.  Nobody

25  knows what's in them.

54

Proceedings

1      THE COURT:  Neither do you which is why they

2  can't possibly help you.

3          MS. SILVER:  We'll have a better shot of what's

4  in them. Why don't you ask him?  He sais 61 pages of

5  medical records and he knows very much about that I was

6  evaluated by a doctor, which was not true.  And he knows

7  that it's -- he said he could help me with the police in

8  finding out the names.  That's what he told me when he

9  started -- when I started hanging out with him.

10          MR. WORTMAN:  I don't recall -- I don't know a

11  word of --

12          MS. SILVER:  So I mean --

13          MR. WORTMAN:  -- what you're talking about.

14          MS. SILVER:  -- I said verbatim on my contempt

15  motion, when I renewed, your Honor.

16          MR. WORTMAN:  Verbatim, you could say whatever

17  you want. It doesn't mean that it happened.  Really?

18  Your Honor --

19          MS. SILVER:  I mean --

20          MR. WORTMAN:  -- all I want is for her not to

21  come to my house because she --

22          MS. SILVER:  Okay.  This is irrelevant.  This

23  has nothing to do with this.

24          MR. WORTMAN:  -- is going to use this appeal to

25  come to my temple, to disturb all the employees.

55

Proceedings

1          MS. SILVER:  This has nothing to do with this.

2  It's lies, it's lies after lies and it has nothing to do

3  with it.

4          MR. WORTMAN:  And criminal court --

5          MS. SILVER:  And I object to this.

6          MR. WORTMAN:  -- will issue whatever I need, I

7  hope --

8          MS. SILVER:  I object to it.

9          MR. WORTMAN:  -- and if not, I hope I can get

10  your help.

11          MS. SILVER:  Because right now he is defaming

12  me.  I know he has them and that's the bottom line.

13          THE COURT:  All right.

14          MS. SILVER:  And I never said -- I said

15  relevant to my case.

16          MR. WORTMAN:  Your Honor, I know I don't have

17  them.  I swear on everything that's nice and good to me.

18          MS. SILVER:  Yeah, but he has multiple

19  sclerosis, I was told.

20          THE COURT:  So what does that have to do with

21  anything?

22          MS. SILVER:  Because he is saying -- so what

23  does that have to do with I have a mental health

24  condition?

25          THE COURT:  All right.

56

Proceedings

1          MS. SILVER:  I mean, there's nothing to it.

2          THE COURT:  I find --

3          MR. WORTMAN:  And how many times were you

4    arrested for sex?

5          THE COURT:  I don't find that there's any basis

6    for the contempt.  I'm denying the motion.  If you want

7    to appeal it to Judge Ross, you're welcome to do so.

8          MS. SILVER:  I am.  I am.

9          THE COURT:  How much time do you need to finish

10   up whatever affidavit you want to submit?

11         MS. SILVER:  I --

12         THE COURT:  For, you know --

13         MS. SILVER:  Whatever time you want to give me.

14   I have to focus on this, appealing it.

15         MS. FITZGIBBON:  Your Honor, at this point, we

16   have spent the entirety of this -- this discovery period,

17   if I am remembering correctly, I believe plaintiff was

18   given 30 to 60 days originally to complete this discovery

19   which if plaintiff was diligent during the limitations

20   period, plaintiff should have been able to pull out some

21   records and point to something that she did, if anything,

22   during that period, to find the John Does.

23         She has focused entirely and solely on this

24   issue dealing with the Wortmans, filing motion after

25   motion, to hold them in contempt to get documents --

57

Proceedings

1          MR. WORTMAN:  Thank you.

2          MS. SILVER:  (Indiscernible) own though.  This

3    isn't fair.

4          MS. FITZGIBBON:  -- to get documents from them.

5    Plaintiff has stated today that this is a minute part of

6    her case.  I have not heard anything else during this

7    entire discovery period as to what other evidence she

8    might come forward with at any point.

9          MS. SILVER:  I didn't know -- I didn't know

10   this -- this conference was for this.  You said that Mr.

11   and Mrs. Wortman were going to be calling.

12         THE COURT:  Look, that's the only purpose for

13   this conference but there has to be an end to this.

14         MS. SILVER:  Well, then it's not --

15         THE COURT:  This has gone on way longer than it

16   should have for a very --

17         MS. SILVER:  It's not ending because I know he

18   has my documents and he should be held in contempt.  You

19   don't answer a subpoena, you get held in contempt.

20         MS. FITZGIBBON:  If I may?

21         THE COURT:  All right.  We're past this issue.

22         MS. FITZGIBBON:  So defendants would just ask

23   that a very short period of time be given to plaintiff to

24   complete this and defendants will adamantly oppose any

25   further extensions.  We would like to make our motion and

58

Proceedings

1  have that decided, so we can either move on with the case

2  or have the case dismissed.

3          MR. WORTMAN:  All for it.

4          THE COURT:  You said you have --

5          MS. SILVER:  Why is he still on the phone?  I

6  don't understand.  He's like making comments.  This --

7          THE COURT:  Okay.  Mr. Wortman --

8          MS. SILVER:  You think this is fair?

9          THE COURT:  -- you don't need to be on this

10  anymore.

11          MS. SILVER:  I mean, this isn't right.

12          THE COURT:  The motion is denied.

13          MR. WORTMAN:  Thank you, your Honor.  Your

14  Honor, is there anyway to get a paper stating that I

15  participated with the court today?

16          THE COURT:  You can ask --

17          MR. WORTMAN:  Because I am worried about Jackie

18  Silver writing up that I didn't show today.

19          MS. SILVER:  I am worried about you, Mr.

20  Wortman, okay?

21          MR. WORTMAN:  And all of this stuff that she

22  does.

23          THE COURT:  All right, well --

24          MS. SILVER:  And your adultery, okay?

25          THE COURT:  It's on the docket --

59

Proceedings

1          MS. SILVER:  That you committed.

2          THE COURT:  -- if you want a copy, Ms.

3    Fitzgibbon can send it to you.

4          MS. FITZGIBBON:  Yes.

5          MR. WORTMAN:  Could I ask for a copy?

6          MS. SILVER:  Why is she sending to a nonparty

7    subpoena?  I don't understand.  Why is she sending to a

8    nonparty?

9          MR. WORTMAN:  What a game.

10          MS. SILVER:  I'm at a bit disadvantage here

11   because I am pro se and I'm getting taken advantage of,

12   your Honor.  Like why -- why are they -- because they

13   probably called the pro se --

14          THE COURT:  Why does it matter to you?

15          MS. SILVER:  Because why are they communicating

16   with --

17          THE COURT:  How is it harming you if the

18   witness gets a copy of it from opposing counsel?  How is

19   that harming you?

20          MS. SILVER:  Because I have reason to believe

21   that they're going behind my back and talking to the pro

22   see office.  The pro se office is --

23          THE COURT:  What are you talking about?

24          MR. WORTMAN:  What are you hiding?

25          MS. SILVER:  Why is he sitting there talking on

60

Proceedings

1  and on and on bashing me?

2           THE COURT:  All right.  Look, Mr. Wortman,

3  you're free to go and Ms. Fitzgibbon will send you a

4  copy.

5           MR. WORTMAN:  Thank you, your Honor.  Your

6  Honor, how do I get that paper again?  It's recorded you

7  said?

8           THE COURT:  It's on the docket and Ms.

9  Fitzgibbon said she will send you a copy of this.

10          MS. FITZGIBBON:  Yes.

11          THE COURT:  It will just be in the minute entry

12 from the conference.

13          MR. WORTMAN:  Thank you.

14          THE COURT:  All right.

15          MR. WORTMAN:  Ms. Fitzgibbon, thank you.

16          MS. SILVER:  I don't understand why she is

17 doing this.

18          MR. WORTMAN:  Your Honor, thank you.  It's been

19 a pleasure talking to you.  Thank you.

20          THE COURT:  All right.  Have a good day.

21 (Mr. Wortman excused)

22          MS. SILVER:  You don't think There's anything

23 wrong with him bashing me and saying stuff about me like

24 this?

25          THE COURT:  You said plenty of stuff against

61

Proceedings

1   him too.

2              MS. SILVER:  Right.  What --

3              THE COURT:  None of it's relevant.

4              MS. SILVER:  So why did you let him go on and

5   on and on?

6              THE COURT:  Frankly, I should have cut this off

7   an hour ago.

8              MS. SILVER:  He has my documents, your Honor.

9              THE COURT:  Well, you have until September 15th

10  to submit whatever you want to the Court to show your

11  diligence.

12             MS. SILVER:  And I have been asking the Court

13  for an attorney.  Who do I give it to, you or the pro se

14  office?

15             THE COURT:  Have you made that request before?

16  I think it's already been denied, hasn't it?

17             MS. SILVER:  A year and a half ago.

18             THE COURT:  All right.

19             MS. SILVER:  I felt like I was getting set up

20  honestly.

21  (Pause)

22             MS. SILVER:  Your Honor, I really don't

23  understand.  Why is a lawyer for the opposing counsel --

24  I mean, why is she sending  Victor and Susan stuff?  I

25  don't understand.

Proceedings

1          THE COURT:  Because they're nonparties to the

2    case, so they don't have access to the docket.

3          MS. SILVER:  He has a lawyer, he told me.  So

4    anything he said to me doesn't count.  He told me he has

5    a lawyer.

6          THE COURT:  Well, there's no lawyer that

7    appeared for him in this case.  Look, I am not directing

8    her to do anything.  If she chooses to do that on her

9    own, that's her prerogative.

10          MS. SILVER:  Well, Kaitlin, why would you do

11    that?  I don't understand.

12          MS. FITZGIBBON:  I am doing it as a courtesy.

13          MS. SILVER:  But how -- how did you even know

14    where to send it?

15          MS. FITZGIBBON:  At the prior conference that

16    you did not appear at, this was discussed and the Court

17    asked me to extend that as a courtesy and I -- that is

18    the only thing that I have sent to the Wortmans and I

19    will send them a copy of this order.  For the record,

20    that is it.

21          MS. SILVER:  Okay.  It doesn't -- as I said

22    again, it doesn't matter that Mr. or Mrs. Wortman did not

23    answer this motion?

24          THE COURT:  At this point it doesn't because I

25    don't see how -- what the purpose of it is.  I mean, if

Proceedings

1  you want to continue to fight about whether or not they

2  have your documents, I mean, you can continue to waste

3  your time but the only issue before the Court is your

4  diligence.  Even if they're lying, let's assume I believe

5  you and you're able to establish that he has these

6  documents and he lied to the Court about it.  Okay, fine.

7  Maybe he gets sanctioned for that.

8          But it doesn't help you because I don't see --

9  you haven't articulated to me any basis for believing

10  that these documents are going to support your diligence

11  argument.

12          MS. SILVER:  Right, but I explained to you and

13  Judge Ross when I said that in my papers that I served

14  them the subpoena in December because he had my

15  documents.

16          THE COURT:  Okay.

17          MS. SILVER:  And the motion to dismiss, she put

18  it in January.  And Judge Ross decided a month later.  So

19  February, they were already should have been in contempt

20  because nobody -- why wasn't my contempt motion ever

21  answered?  See I have a problem with this, I will tell

22  you because I served them with a subpoena, a nonparty

23  subpoena.  They never -- Victor Wortman never answered

24  it.  He never did anything.  So why is he getting special

25  treatment?  That's what I am not understanding, whether

64

Proceedings

1    it's irrelevant to me, whether he has the documents at

2    this point and it's irrelevant, your Honor, whether --

3    what the documents are.

4              The bottom line is he didn't answer a subpoena.

5    It's a federal rule.  Why is he getting allowed to get my

6    motions denied now when he never even answered it --

7              THE COURT:  Okay.

8              MS. SILVER:  -- eight months later?

9              THE COURT:  We're past this point.

10             MS. SILVER:  But, your Honor, I am trying to

11   understand it.

12             THE COURT:  The --

13             MS. SILVER:  This is my case and I did a

14   legitimate subpoena because I felt he had documents

15   relevant to my case.

16             THE COURT:  Okay.  And the answer is he says he

17   doesn't have the documents.

18             MS. SILVER:  But this is eight months later.

19   He never imposed it.  If somebody doesn't oppose a

20   subpoena, it goes unopposed.  Is that correct?

21             THE COURT:  If the subpoena is for turning over

22   documents, I can't force him to turn over what he doesn't

23   have.

24             MS. SILVER:  I am not asking you to turn over -

25   - he does have them.  And I knew he was going to say this

65

Proceedings

1  but the problem is I have with the system, the legal

2  system because this is a federal rule.  It says unless

3  you have a reasonable excuse, within fourteen days you

4  have to either oppose it or answer it.  Something.  He

5  didn't obey and comply with the subpoena.

6           THE COURT:  Okay, but --

7           MS. SILVER:  For eight months?

8           THE COURT:  -- what's the remedy?

9           MS. SILVER:  What's the remedy?  Federal Rules

10  of Civil Procedure number 45(c) says, if within a

11  reasonable time, which is two weeks, or the time they

12  were supposed to produce the documents, if they don't

13  answer the subpoena, they waive their rights.  Is that

14  correct?

15           THE COURT:  And if they were objecting to the

16  subpoena, you might be correct.

17           MS. SILVER:  No.

18           THE COURT:  In other words, if they had the

19  stuff and they wanted to make a legal objection, then

20  maybe they forfeited that by waiting too long but if the

21  answer is they don't have what you're looking for, then

22  as a practical matter, there's nothing else to be done.

23           MS. SILVER:  Right, but this is eight months

24  later.

25           THE COURT:  I understand that.

66

Proceedings

1          MS. SILVER:  I did a contempt --

2          THE COURT:  But we've been dealing with this

3   for several months.

4          MS. SILVER:  Yeah, but it never -- I did a

5   contempt motion back in March.  And it was never

6   answered, which I understand takes time and then a couple

7   of months later, her lawyer downstairs, she told me to do

8   a Rule -- asked Judge Ross to rule on it, and it wasn't.

9          Susan Wortman writes a letter to the judge

10   bashing me and it gets a conference and then it gets

11   decided on.  I did everything I needed to do as a pro se

12   plaintiff.

13          In the real world, when somebody gets served

14   with a subpoena, the person who gets served with the

15   subpoena, let's say (indiscernible) get it, I serve

16   subpoenas all the time.  A hospital gets a subpoena, your

17   Honor, the hospital is not going to provide a letter to

18   the judge asking for help and then bashing that person

19   with all lies.  That letter is all lies.  And I think

20   that it should be stricken.  I don't know why it's not

21   stricken from the record.  It's all lies.

22          And this is federal -- I don't understand.

23   They violated the federal rules.  I want this on the

24   record.  I want it on the record because you know what?

25   They should have been held in contempt months ago, right,

67

Proceedings

1   if they don't answer a subpoena?  He disobeyed -- he

2   disobeyed.  So I am not asking -- I asked now, after

3   eight months later.

4           I don't really see the relevancy of whether the

5   documents are, you know, needed for my diligence.  It

6   doesn't matter.  They didn't do what they were supposed

7   to do.  If I didn't answer her motion to dismiss, right,

8   let's say, Judge Ross told me I should answer because if

9   I didn't answer it, it goes in unopposed, right?  And you

10  rule on a motion to dismiss, is that correct?

11          THE COURT:  I mean, we don't need to go down

12  this road.  We're dealing with nonparties.  They're not

13  before the Court.  There are practical realities that are

14  simply different.  The only issue is diligence at this

15  point.  I am not going to go down the road of following

16  up on other stuff that's irrelevant to this issue.

17          If, you know, you're able to convince Judge

18  Ross that you exercised due diligence and she allows the

19  suit to continue, then we can talk about whether or not

20  there's any documents out there that are relevant to the

21  case that we can go out there.

22          MS. SILVER:  I am not concerned now about the

23  documents.  I actually got months ago when I was on the

24  other case, my medical records from Zucker.  I got them.

25          THE COURT:  Okay.

Transcriptions Plus II, Inc.

68

Proceedings

1        MS. SILVER:  From my other one, Queens Supreme

2   one which is related to this one.  So I am not worried

3   about that.  I have a lot of stuff.  I put together a lot

4   of things.  I am actually trying -- I am actually

5   probably going to have a lawyer divide it up for me.

6        THE COURT:  Okay.

7        MS. SILVER:  (Indiscernible).  But the thing is

8   now is that what I'm concerned about is whatever I put

9   into court doesn't get read and I actually put a -- I

10   brought in all my documents.  I did 15 pages here.

11        THE COURT:  Uh-hum.

12        MS. SILVER:  I feel like I am wasting my time.

13   And I don't understand.  Anybody who gets subpoenaed is a

14   nonparty, usually.  Car accidents are nonparty witnesses.

15        And it's a shame because I have him saying it.

16   He is adamant.  He told me he had them.  So now he is

17   lying under oath.

18        THE COURT:  Well, look, I tried to listen to

19   the tape but it's not working.

20        MS. SILVER:  I understand that.  I know you

21   tried but this is the point, he's denying a motion when

22   he's lying.  I know he's lying.  You say hallucinations

23   and MS has nothing to do with it but it does because it's

24   cognitive impairment.

25        THE COURT:  But I am denying the motion at this

69

Proceedings

1   point because it's not -- you still haven't shown that

2   it's relevant to the only issue that's before me.

3            MS. SILVER:  All right.  Maybe I am not

4   understanding you, your Honor, because when you do a

5   subpoena, in a normal world, not with a pro se plaintiff,

6   when you have a lawyer with a lawyer, okay, it doesn't --

7   first of all, I am sure it doesn't go in front of a judge

8   and I am sure if she was working with a lawyer on a case,

9   a  plaintiff's lawyer, and she subpoenaed the lawyer, the

10  lawyer is not going to play around like this and the

11  lawyer is not going to go and write a letter to the judge

12  bashing the person.  I never heard of this.  This is not

13  normal and then the lawyer is not going to go and if the

14  lawyer -- tell me if I am right, okay?  If you were with

15  a lawyer now, if I -- if you were talking to my lawyer

16  right, and you subpoenaed documents from my lawyer and

17  they didn't answer the subpoena within 14 days, don't

18  they waive their rights?  It's a federal rule.

19            THE COURT:  But --

20            MS. SILVER:  And then when --

21            THE COURT:  -- the only thing that is unusual

22  in this case is that it was, you know, multiple

23  unrepresented nonparties.  If there had been lawyers

24  involved, they probably would have moved to quash the

25  subpoena and we would have dealt with it earlier.

70

Proceedings

1      MS. SILVER:  Well, that's what Ms. -- my friend

2  called Mr. Fine, his lawyer.  He has a lawyer and he said

3  he is going to be quashing the subpoena.  But what I am

4  not getting is why -- I am going around in circles.  I am

5  just going to appeal to Judge Ross because he never

6  answered it and he's getting away with it.  This is the

7  system?  This is the legal system?  I'll be honest with

8  you, you know how many times I tried to get -- I enforce

9  the subpoena?  It's my job to enforce a subpoena.  And

10  she comes back with all lies.  She's allowed to lie to a

11  court?

12      MS. FITZGIBBON:  Your Honor, if I may,

13  plaintiff did state before that she is no longer

14  concerned about getting documents from Mr. Wortman or

15  Mrs. Wortman --

16      MS. SILVER:  Because you know what? The system

17  is failing.

18      MS. FITZGIBBON:  So I would be curious --

19  defendants would be curious to find out what remedy she

20  is seeking at this point because as I said before, this

21  does seem like a personal vendetta and the amount of

22  resources that the Court has expended on this issue and

23  the amount of resources that I personally have expended

24  on this issue when my office has case after case to deal

25  with and --

Proceedings

1          MS. SILVER:  Yeah, but I didn't

2   (indiscernible).

3          MS. FITZGIBBON:  -- a large case docket, to be

4   dealing with this issue over and over when -- and your

5   Honor has heard the same things.  We have not been at a

6   hearing for this issue and had any new information come

7   up at any point in time.  We have litigated this over and

8   over again and we are going in circles.  And if plaintiff

9   appeals this, I am afraid we're going to be back in the

10  same exact spot and we are going to be here indefinitely.

11         MS. SILVER:  And (indiscernible).  Yeah, well

12  they didn't answer the subpoena.  If you were dealing

13  with a lawyer, what would you do?

14         MS. FITZGIBBON:  And on that issue --

15         MS. SILVER:  Contempt?  What would you do?

16         MS. FITZGIBBON:  -- on that issue, if plaintiff

17  is harping on the Federal Rules of Civil Procedure and

18  complying with rules and this and that, I have never

19  received a notice five days prior to when this particular

20  subpoena was served.  So if you're going harp on, you

21  know, complying with rules, it's -- I think we're a

22  little far gone from that at this point.

23         MS. SILVER:  Well, don't you think Susan

24  Wortman has a personal vendetta against me?  Look at the

25  letter she wrote.  I was told that's borderline criminal.

Proceedings

1   She lied to a judge.  I know she lied, your Honor.  What
2   about the text I gave?  I still want to put into evidence
3   text and -- and she lied and said the synagogue didn't
4   give me money.  He would lie about cash?  I have him
5   right here.
6           THE COURT:  Look, I don't care about these
7   issues.  Whatever issues you have with Mr. and Mrs.
8   Wortman are outside the purview of this court.
9           MS. SILVER:  They're not, your Honor.  She sent
10  a letter to the judge and that's why she got a conference
11  and that's why you say it's me.  It's not me.  I asked
12  for documents.  They didn't follow the normal procedure
13  and that's it, Kaitlin.  They're the ones that dragged
14  you in here.  I didn't drag you in here.  Did I drag you
15  in here?  She wrote the letter.  Is that true?  Kaitlin
16  never got served.  I never got served.  Mr. Chase went
17  behind my back and called Kaitlin, like I don't exist.
18          This is my case, your Honor, and I have a right
19  to -- don't I have a right to bring subpoenas to the
20  Court?  Don't I have a right to subpoena people?
21          THE COURT:  Okay.  We're just going around in
22  circles.  I have once imposed sanctions or found somebody
23  in contempt without bringing them into court and finding
24  out why they haven't answered or explained the situation.
25  So the --

73

Proceedings

1          MS. SILVER:  But Victor Wortman never --

2          THE COURT:  -- the Wortmans are not being

3    treated any differently than anybody else that's ever

4    appeared before me.

5          MS. SILVER:  But he never told you why he

6    didn't answer me.

7          THE COURT:  He just told you he didn't have the

8    documents.

9          MS. SILVER:  But that's not why he -- why

10   didn't he answer it for eight months.  He didn't say

11   anything.

12         THE COURT:  All right.  We're just going around

13   in circles.  You do what you want.

14         MS. SILVER:  I am going to appeal.  I'm sorry.

15         THE COURT:  I'm giving you to the 15th to file

16   whatever evidence you have in support of your diligence

17   and --

18         MS. SILVER:  September 15th, right?  That's --

19         THE COURT:  -- whatever you want to do on the

20   contempt motion is up to you.  But I am not going to hear

21   it again, so that's it.

22         MS. SILVER:  All right.

23         THE COURT:  Okay.

24              (Matter concluded)

25                   -o0o-

74

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **26th** day of **September**, 2017.

*Linda Ferrara*

Linda Ferrara

AAERT CET**D 656
Transcriptions Plus II, Inc.