UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACQUELINE SILVER

15CV-3462

--Plaintiff--

--against--

SERGEANT SCOTT DALESSANDRO,
POLICE OFFICER LUIGI GALANO,
POLICE OFFICER NICHOLAS KOSTAS, AND
POLICE OFFICER EDWARD STINE.

Hon. Ross,

I am the prose plaintiff in the above referenced action. I am writing this letter to you in reference to my case. I am in a bind and my hands are tied and have been since September 2017 due to extenuating circumstances that have caused me not to be in a position to provide the court with any further legal documents, motions, letters and diligence, relating to the above referenced action.

Back in November of 2017 I had a conversation with my public defender in which I mentioned to him that I had to put documents into the Federal Court in Brooklyn on my case (diligence) because the court would dismiss it. He told me not to put anything into the court because the District Attorney's office would use it against me and incriminate me. Honorable Ross I can't explain the pain, suffering humiliation etc that has manifested from the issuance of the subpoena to the Bay Terrace Jewish Center, and The Wortmans.

I was advised by an attorney to do a Contempt Motion on Susan and Victor Wortman and possibly Mr. Chase for lying under oath to the Magistrate, but once again I was told to hold off until the resolution on the criminal case. This case in criminal court in Queens was supposed to be dismissed back in December 2017 for no collaborative statements from eyewitness Steve Chase. This arrest do to the issuance of the Subpoena has been very draining and besides the fact that I was vehemently told not to put any papers into the federal case, it also affected me personally with my living situation and my job.

On November 6th, 2017, I called Magistrate Tisciones chambers to make them aware that I didn't forget about the diligence and that I am strapped and my hands are tied and that the public defender told me not to do anything further with this case until the case is over, that the prosecution can use it against me. He further advised me Honorable Ross that he can't give me advice because he works for the Federal Government. I am very unclear and at a loss as to why Susan Wortman wrote a letter per the pro se office (which I know the prose office is not permitted by law to give advice) about help with a subpoena and then got a conference based on this and I am the plaintiff in this action and couldn't get help on my case. This is a double standard especially that Susan Wortman is a non party to this action.

I also asked Your Honor to respectfully rule on docket number 82, dated September 19th to stay the diligence I never got a response from the court. I also asked you if you could give me an attorney, docket number 78 dated August 3rd, which was never ruled on either. Ms. Silver also replied to Mr. Chases letter on August 30th, 2017, docket number 79., in which there was no decision yet on that motion. Once again your Honor, if you

could respectfully rule on these motions and letter that would be greatly appreciated.

I am not writing this letter to plead to you Honorable Ross, I just want you to be aware of the circumstances that led me to write this letter to you. This criminal action should've been dismissed (on a 30/30 motion ) because of no supporting deposition from Mr. Chase, it was adjourned until April 11. This action became so complicated and complex that I was unfortunately not able to put any further correspondence into the federal court. I am in dire need for an attorney as this case has been very complex due to the subpoena that was served on Susan and Victor Wortman and the Bay Terrace Jewish Center . I have no money to move forward on this case due to the false arrest by Mr. Wortman. I haven't served papers in two weeks and cannot pay my next Visa bill. This arrest do to the issuance of the Subpoena has been very draining and besides the fact that I was vehemently told not to put any papers into the federal case, it also affected me personally with my career and my living situation. Your Honor, I am a licensed process server and my license is pending due to unlawful and false arrest made by Victor Wortman, potentially Susan Wortman and Steve Chase.

Due to the fact that I issued legitimate subpoenas to these people I ended up getting arrested for something I am legally entitled to do. The strong allegations and strong accusations that Susan Wortman wrote and then went under oath to Magistrate Tiscione back in June was a precursor to my unlawful arrest. Due to this arrest my process server license may be jeopardized in turn will have a tremendous impact on my livelihood and career. Its hurting me, I have been a process server for over five years. It is also hurting me with my living situation. I was evicted due to this arrest.  Your Honor, I am the victim here not Susan and Victor Wortman.

I also want to bring to your attention that Ms. Chase wrote a reply to the Bay Terrace Jewish Center along with irrelevant and unnecessary allegations of plaintiff harassing the staff . Docket number 71. Hon. Ross, on docket 70 Magistrate Tiscione ordered me to serve the Subpoena along with his order on the Bay Terrace Jewish Center. Since I am a process server and an interested party I knew not to serve it myself . I called Mr. Chase to find out if he was representing the shul and out of nowhere he started to verbally attack me and harass me. He told me that he was calling the cops and hung up on me. A week later I got arrested. Once again, I was following the order of Magistrate Tiscione. I did nothing wrong to warrant an arrest. He also lied to the 109 precinct and told them I was lying on the floor picking out garbage in Victor Wortmans office, (Bayside Jewish Center ) . Honorable Ross this shul is closed and was when he accused me of being there. All three of them have inconsistent stories and allegations from what they said to the police and what they stated to the Federal Court.

    I am a victim of Cantor Wortmans infidelity.  I strongly believe that the Wortmans, the shul and Steve Chase and possibly Mr. Alexander Fine who Mr. Wortman told me was their attorney , who can't practice in federal court all want me out of the way and accused me of false allegations (the letter from Susan Wortman) etc, in order to reach their goal.

    Once again Hon. Ross I want to stress to you how I can't do anything with this case until a disposition is made, hopefully on April 11 it will be disposed of . Because the Department of Consumer Affairs is waiting for a disposition from the criminal case my renewal is on hold. It is a domino effect and the underlying problem is the Subpoena that was served. Susan Wortmon  lied  to the judge about me, including defamation, strong accusatory statements, threats and malice for absolutely no reason at all other than to ruin my case. She is

a scorned woman that wants to get back at me. They both made statements to Magistrate Tiscione that has no bearing on the subpoena and contempt motion that was served on them.. Your Honor, simply put I got arrested for issuing a subpoena on the Bay Terrace Jewish Center and the Wortmans. Plaintiff feels that she isn't being treated fairly, leaving her confused, overwhelmed, and apprehensive.

Your Honor, I am asking you to stay the diligence until the case is disposed of because as I stated in this letter I was strongly advised not to put any documents into the Federal Court as once again the prosecution might use it against me. I probably shouldn't be writing this letter to you, but I feel the need to reach out to you on a personal level as you were my judge from the onset. I have to believe at the end of the day Your Honor judges have a heart and I strongly believe you have one to.

Back in August of 2017, docket number 78, I asked you once again for an attorney as I am not able to move forward due to the complexity of this case. I have been through many hurdles with this case which negatively impacted me and caused me to be indigent for the issuance of a subpoena once again that I am entitled to do. This case has been an uphill battle from the beginning and I want my day in court to get justice on the police officers that used excessive force on me the morning of May 27th, 2012. I am asking you for help with this disturbing matter. I hope you could understand the reason for this letter and grant me the relief I need, whatever the court seems just and proper.

God Bless,

Jacqueline Silver
Pro Se Plaintiff