UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACQUELINE SILVER

*Respectfully referred to Judge Tiscione. So ordered*

15CV-3462   s/ Allyne R. Ross

--Plaintiff--

--against--

SERGEANT SCOTT DALESSANDRO,

POLICE OFFICER LUIGI GALANO,

POLICE OFFICER NICHOLAS KOSTAS, AND

POLICE OFFICER EDWARD STINE.



RECEIVED
APR 02 2019
PRO SE OFFICE

**Notice Of Motion**
**March 27, 2019**

**PLEASE TAKE NOTICE** that upon the attached affidavit of Jacqueline Silver, sworn to March 28th, 2019, and upon the Notice of Motion herein, the plaintiff will move this court, Hon. Alleyne Ross, U.S.D.J, in Room 8C South, United States Courthouse, Brooklyn, New York 11201, on the 19th day of April, 2019, as soon thereafter as plaintiff can be heard , for an order pursuant to Rule 60 (B)  (Relief from a judgment or order) to be issued to Plaintiff Silver .

Dated: Nassau County, New York  
March 27, 2019

Jacqueline Silver  
Plaintiff Prose