ORIGINAL

Case 1:15-cv-03462-ARR-ST   Document 95   Filed 10/25/19   Page 1 of 1 PageID #: 457

RD 10128

10/25/19   15CV03462 ARR-ST

To: Hon. Tiscione
    Hon Ross

I am writing this letter for an update on my motion that was returnable on April 19th 2019 and a status update on my case.

I appreceate this information

Respectfully Yours,
Jacqueline Silva
Jorge                    Pro Se Plaintiff



RECEIVED
OCT 25 2019
PRO SE OFFICE

RD 10128