# MANDATE

E.D.N.Y. – Bklyn
15-cv-3462
Ross, J.
Tiscione, M.J.

## United States Court of Appeals
FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18ᵗʰ day of December, two thousand twenty.

Present:
>Denny Chin,
>Joseph F. Bianco,
>Steven J. Menashi,
>      *Circuit Judges*.

---

Jacqueline Silver,

>*Plaintiff-Appellant*,

v.                                                                                          20-677

Scott Dalessandro, Shield # 2833, et al.,

>*Defendants-Appellees*,

City of New York, et al.,

>*Defendants*.

---

Appellant, pro se, moves for appointment of pro bono counsel.  Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 01/11/2021**